# EXHIBIT 1



# VERB TECHNOLOGY COMPANY, INC. INVESTOR ALERT: Wolf Haldenstein Adler Freeman & Herz LLP announces that it filed a securities class action lawsuit in the United States District Court for the Central District of California against Verb Technology Company, Inc.

**Lead Plaintiff Deadline is Monday, September 9, 2019**



f  🐦  in  G+  📌   |   @ Email   |   🖨 Print Friendly   |   ◁ Share

July 10, 2019 11:57 ET | **Source:** Wolf Haldenstein Adler Freeman & Herz LLP

NEW YORK and SAN DIEGO, July 10, 2019 (GLOBE NEWSWIRE) -- **Wolf Haldenstein Adler Freeman & Herz LLP** announces that it has filed the initial federal securities class action lawsuit in the United States District Court for the Central District of California  on behalf of those investors who acquired Verb Technology Company, Inc. (NASDAQ: VERB) ("Verb" or the "Company") securities between January 3, 2018 and May 2, 2018  inclusive (the "Class Period"). This action is styled *Scott C. Hartmann v. Verb Technology Company, Inc. and Rory J. Cutaia;* 2:19-cv-05896.

**Investors who purchased Verb Technology Company, Inc. shares and suffered losses are urged to contact the firm immediately at classmember@whafh.com or (800) 575-0735 or (212) 545-4774. You may obtain a copy of the filed complaint and additional information concerning the action on our website, www.whafh.com.**

If you have incurred losses in the shares of Verb Technology Company, Inc. purchased during the Class Period, **you may, no later than September 9, 2019,** request that the Court appoint you lead plaintiff of the proposed class. Please contact **Wolf Haldenstein** to learn more about your rights as an investor in Verb Technology Company, Inc.

## Follow the firm and learn about newly filed cases on **Twitter** and **Facebook**. ##

Verb purportedly operates as an applications services provider with cloud-based software products for businesses. As part of its business, Verb utilizes interactive videos as part of its customer relationship management application. Verb has formerly operated under the names of nFusz, Inc., bBooth, Inc., bBooth (USA), Inc., and Cutaia Media Group, LLC.

On January 3, 2018, the Company announced a purported agreement with Oracle America, Inc. (the "Oracle Agreement") which received widespread attention The Company made this announcement via a filing with the United States Securities and Exchange Commission ("SEC") on Form 8-K, which omitted the text of the agreement itself. Throughout the Class Period, the Company continued to tout this relationship.

During the Class Period, the stock increased from approximately $0.12 per share on January 3, 2018 to $2.70 per share on April 19, 2018, an astonishing increase of over 2000%.

Following the rapid rise of the Company's stock price, on April 23, 2018, the truth as to the Company's relationship with Oracle began to emerge. The Company revealed the actual terms of the Oracle Agreement through the filing of a Form 8-K. The terms of the agreement revealed that the prior representations as to the scope of the relationship with Oracle were materially misleading.

As the market digested the true nature of the Oracle Agreement, the stock began a precipitous decline, closing on April 30, 2018 at $1.54 per share, a decrease of 43% from the high a week prior. The market continued to digest this information and by the market close on May 2, 2018, the Company's stock was trading at $1.08 per share, a decrease of 64% from the high price of $3.04 per share on April 20th.

Plaintiff seeks to recover damages on behalf of all purchasers of Verb publicly traded securities during the Class Period. The Plaintiff is represented by **Wolf Haldenstein Adler Freeman & Herz LLP.** The firm has extensive experience in the prosecution of securities class actions and derivative litigation in state and federal trial and appellate courts across the country. The firm has attorneys in various practice areas; and offices in New York, Chicago and San Diego. The reputation and expertise of this firm in shareholder and other class litigation has been repeatedly recognized by the courts, which have appointed it to major positions in complex securities multi-district and consolidated litigation.

If you wish to discuss this action or have any questions regarding your rights and interests in this case, please immediately contact **Wolf Haldenstein** by telephone at (800) 575-0735, via e-mail at **classmember@whafh.com**, or visit our website at **www.whafh.com.**

Contact:

Wolf Haldenstein Adler Freeman & Herz LLP

Gregory Stone, Director of Case and Financial Analysis

Kevin Cooper,  Esq.

Email: **gstone@whafh.com**, **kcooper@whafh.com** or **classmember@whafh.com**

Tel: (800) 575-0735 or (212) 545-4774

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.