# EXHIBIT 3

| | | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Verb Technology Loss Chart** | | | | | | | | | |
| | | | Class Period: January 3, 2018 through May 2, 2018 | | | | | | | | | |
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 11.44928571 |
| J. Leister | 1/4/2018 | 333.334 | ($1.66) | ($553.33) | | | | | | | | |
| | 1/4/2018 | 333.334 | ($1.96) | ($653.33) | | | | | | | | |
| | 1/4/2018 | 1,333.357 | ($1.85) | ($2,466.71) | | | | | | | | |
| | 3/20/2018 | 666.856 | ($13.20) | ($8,802.50) | | | | | | | | |
| | 3/21/2018 | 166.601 | ($14.01) | ($2,334.08) | | | | | | | | |
| | 3/21/2018 | 166.667 | ($13.98) | ($2,330.00) | | | | | | | | |
| | 3/21/2018 | 66.667 | ($13.80) | ($920.00) | | | | | | | | |
| | 3/21/2018 | 600.001 | ($13.96) | ($8,376.01) | | | | | | | | |
| | 3/21/2018 | 666.678 | ($16.66) | ($11,106.86) | | | | | | | | |
| | 3/21/2018 | 666.678 | ($13.81) | ($9,206.82) | | | | | | | | |
| | 3/23/2018 | 333.267 | ($24.16) | ($8,051.73) | | | | | | | | |
| | 3/23/2018 | 666.678 | ($21.76) | ($14,506.91) | | | | | | | | |
| | 3/28/2018 | 466.668 | ($24.16) | ($11,274.70) | | | | | | | | |
| | 3/28/2018 | 266.667 | ($24.77) | ($6,605.34) | | | | | | | | |
| | 4/3/2018 | 666.669 | ($14.41) | ($9,606.70) | | | | | | | | |
| | 4/17/2018 | 666.669 | ($34.81) | ($23,206.75) | | | | | | | | |
| | 4/18/2018 | 623.868 | ($34.05) | ($21,242.71) | | | | | | | | |
| | 4/18/2018 | 109.467 | ($33.80) | ($3,699.98) | | | | | | | | |
| | 4/19/2018 | 1,173.336 | ($35.10) | ($41,184.09) | | | | | | | | |
| | 4/19/2018 | 26.667 | ($35.28) | ($940.81) | | | | | | | | |
| | 4/19/2018 | 366.673 | ($35.10) | ($12,870.22) | | | | | | | | |
| | 4/19/2018 | 266.671 | ($34.95) | ($9,320.15) | | | | | | | | |
| | 4/19/2018 | 33.334 | ($35.25) | ($1,175.02) | | | | | | | | |
| | 4/20/2018 | 2,000.005 | ($41.70) | ($83,400.21) | | | | | | | | |
| | 4/20/2018 | 666.678 | ($41.26) | ($27,507.13) | | | | | | | | |
| | 4/23/2018 | 187.400 | ($36.75) | ($6,886.95) | | | | | | | | |
| | 4/23/2018 | 6.666 | ($36.75) | ($244.98) | | | | | | | | |
| | 4/23/2018 | 14.733 | ($36.45) | ($537.02) | | | | | | | | |
| | 4/23/2018 | 191.200 | ($36.63) | ($7,003.66) | | | | | | | | |
| | 4/30/2018 | 270.667 | ($18.77) | ($5,080.42) | | | | | | | | |
| | 4/30/2018 | 266.671 | ($20.40) | ($5,440.09) | | | | | | | | |
| | 4/30/2018 | 400.007 | ($20.41) | ($8,164.14) | | | | | | | | |
| | 5/1/2018 | 600.001 | ($25.66) | ($15,396.03) | | | | | | | | |
| | 5/1/2018 | 133.334 | ($23.44) | ($3,125.35) | | | | | | | | |
| | 5/2/2018 | 400.001 | ($18.01) | ($7,204.02) | | | | | | | | |
| | | 15,804.170 | | ($380,424.77) | | | | | 15,804.170 | $180,946.46 | ($199,478.31) | |