RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Attorneys for Movants Denise Carideo and Christopher Harrington*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br><br>Defendant. | Case No.: 2:19-cv-05896-GW-MAA<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF THE MOTION OF DENISE CARDIDEO AND CHRISTOPHER HARRINGTON FOR:**<br>**(1) CONSOLIDATION OF THE RELATED ACTIONS;**<br>**(2) APPOINTMENT AS LEAD PLAINTIFFS; AND**<br>**(3) APPROVAL OF SELECTION OF COUNSEL**<br><br>DATE:     October 7, 2019<br>TIME:     8:30 A.M.<br>CTRM:     9D, 9th Floor<br>JUDGE:    Hon. George H. Wu |

[Caption continues on next page]

BUMJIN KIM, Individually and On Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,

     Defendants.

Case No. CV-19-06944-GW (MAA)

I, Rachele R. Byrd, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California, and I am a partner at Wolf Haldenstein Adler Freeman and Herz LLP ("Wolf Haldenstein").   I am admitted to practice before this Court and have personal knowledge of the facts stated below.  If called upon to testify as to the truth of the matters stated herein, I could, and would, competently do so.

2.    Wolf Haldenstein is proposed lead counsel for Movants and applicants for Lead Plaintiffs in this action, Denise Carideo and Christopher Harrington.  I submit this declaration in support of the Motion of Denise Carideo and Christopher Harrington for:  (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiffs; (3) and Approval of Selection of Counsel, filed concurrently herewith.

3.    Attached hereto are true and correct copies of the following documents:

Exhibit A:   The Notice of Pendency published in Globe Newswire on July 10, 2019;

Exhibit B:   Denise Carideo's and Christopher Harrington's Certifications;

Exhibit C:   Loss Charts for Denise Carideo and Christopher Harrington; and

Exhibit D:   The Firm Resume of Wolf Haldenstein Adler Freeman & Herz LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September 2019, at San Diego, California.

By:       */s/ Rachele R. Byrd*
                    RACHELE R. BYRD

VERB:25915

- 1 -