# EXHIBIT B

## PLAINTIFFS' CERTIFICATION

**Denise Carideo and Christopher Harrington** ("Plaintiffs") declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Plaintiffs have reviewed the complaint and authorized the commencement of a lead plaintiff motion on Plaintiffs' behalf.

2.      Plaintiffs did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel nor in order to participate in this private action.

3.      Plaintiffs are willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiffs' transactions in **Verb Technology Company, Inc.** during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULES A-1 AND A-2

5.      During the three years prior to the date of this Certificate, Plaintiffs have not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6.      Plaintiffs will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this ___17th___ day of August 2019.


_____                **Denise Carideo**

_____                **Christopher Harrington**

**Schedule A-1  to Certification of Denise Carideo and Christopher Harrington**
**Verb Technology Company, Inc.**

**Joint Account #1**

| DATE | # OF SHARES PURCHASED | PRICE |
|---|---|---|
| 04/10/18 | 3,000 | $2.05 |
| 04/16/18 | 3,500 | $1.86 |
| 04/16/18 | 3,500 | $1.86 |
| 04/16/18 | 1,700 | $1.97 |
| 04/16/18 | 5,000 | $2.01 |
| 04/16/18 | 2,000 | $1.98 |
| 04/16/18 | 2,000 | $1.99 |
| 04/16/18 | 100 | $1.97 |
| 04/16/18 | 3,000 | $1.98 |
| 04/16/18 | 2,900 | $1.98 |
| 04/16/18 | 600 | $1.99 |
| 04/16/18 | 400 | $2.00 |
| 04/19/18 | 3,000 | $2.60 |
| 04/19/18 | 910 | $2.55 |
| 04/19/18 | 1,090 | $2.56 |
| 04/20/18 | 144 | $2.74 |

**Joint Account #2**

| DATE | # OF SHARES PURCHASED | PRICE |
|---|---|---|
| 04/19/18 | 4,500 | $2.64 |
| 04/19/18 | 5,500 | $2.50 |
| 04/30/19 | 4,000 | $1.44 |

EXHIBIT B
Page 9

**Schedule A-2  to Certification of Denise Carideo and Christopher Harrington**
**Verb Technology Company, Inc.**

**Denise Carideo**
**ROTH IRA**

| DATE | # OF SHARES PURCHASED | PRICE |
| --- | --- | --- |
| 04/10/18 | 2,800 | $1.85 |
| 04/10/18 | 3,000 | $1.92 |
| 04/10/18 | 4,300 | $2.11 |
| 04/10/18 | 2,000 | $1.89 |
| 04/12/18 | 2,000 | $1.77 |
| 04/13/18 | 900 | $1.78 |
| 04/16/18 | 3,400 | $1.85 |
| 04/16/18 | 2,500 | $1.97 |
| 04/16/18 | 100 | $2.01 |
| 04/17/18 | 559 | $2.14 |
| 04/17/18 | 1,441 | $2.21 |
| 04/20/18 | 400 | $2.69 |
| 04/20/18 | 200 | $2.68 |
| 04/20/18 | 1,200 | $2.75 |
| 04/20/18 | 356 | $2.73 |
| 05/01/18 | 3,200 | $1.56 |

**Christopher Harrington**
**ROTH IRA**

| DATE | # OF SHARES PURCHASED | PRICE |
| --- | --- | --- |
| 04/17/18 | 5,800 | $2.19 |
| 04/17/18 | 200 | $2.20 |

EXHIBIT B
Page 10