# EXHIBIT C

EXHIBIT C
Page 10

Verb Technology Company. Inc.
Summary Loss Chart for Movants Denise Carideo and Christopher Harrington
Class Period: January 3, 2018 - May 2. 2018
90 Day Lookback Price (05/03/18 - 07/31/18):          $0.77
Note: Transactions took place prior to February 4, 2019 1:15 split and reflect actual prices at the date of transaction

| Account | Loss |
|---|---|
| Joint Account # 1 | $42,397.58 |
| Joint Account # 2 | $20,610.00 |
| Carideo ROTH IRA | $33,773.63 |
| Harrington ROTH IRA | $8,522.00 |
| **MOVANTS' LOSS** | **$105,303.21** |

EXHIBIT C
Page 11

Verb Technology Company. Inc.
Loss Chart for Movants Denise Carideo and Christopher Harrington
Class Period: January 3, 2018 - May 2. 2018
90 Day Lookback Price (05/03/18 - 07/31/18):                    $0.77
Note: Transactions took place prior to February 4, 2019 1:15 split and reflect actual prices at the date of transaction

**Joint Account # 1**

**PURCHASES**

| Date | # of shares | Price per share | Cost Basis |
|---|---|---|---|
| 04/10/18 | 3,000 | $2.05 | $6,150.00 |
| 04/16/18 | 3,500 | $1.86 | $6,510.00 |
| 04/16/18 | 3,500 | $1.86 | $6,510.00 |
| 04/16/18 | 1,700 | $1.97 | $3,349.00 |
| 04/16/18 | 5,000 | $2.01 | $10,050.00 |
| 04/16/18 | 2,000 | $1.98 | $3,960.00 |
| 04/16/18 | 2,000 | $1.99 | $3,980.00 |
| 04/16/18 | 100 | $1.97 | $197.00 |
| 04/16/18 | 3,000 | $1.98 | $5,940.00 |
| 04/16/18 | 2,900 | $1.98 | $5,742.00 |
| 04/16/18 | 600 | $1.99 | $1,194.00 |
| 04/16/18 | 400 | $2.00 | $800.00 |
| 04/19/18 | 3,000 | $2.60 | $7,800.00 |
| 04/19/18 | 910 | $2.55 | $2,320.50 |
| 04/19/18 | 1,090 | $2.56 | $2,790.40 |
| 04/20/18 | 144 | $2.74 | $394.56 |
| Purchases | 32,844 | | $67,687.46 |
| Less: Retained Shares | (32,844) | $0.77 | ($25,289.88) |
| **LOSS** | | | $42,397.58 |

EXHIBIT C
Page 12

Verb Technology Company. Inc.
Loss Chart for Movants Denise Carideo and Christopher Harrington
Class Period: January 3, 2018 - May 2. 2018
90 Day Lookback Price (05/03/18 - 07/31/18):                    $0.77
Note: Transactions took place prior to February 4, 2019 1:15 split and reflect actual prices at the date of transaction

**Joint Account # 2**

**PURCHASES**

| Date | # of shares | Price per share | Cost Basis |
|---|---|---|---|
| 04/19/18 | 4,500 | $2.64 | $11,880.00 |
| 04/19/18 | 5,500 | $2.50 | $13,750.00 |
| 04/30/18 | 4,000 | $1.44 | $5,760.00 |
| Purchases | 14,000 | | $31,390.00 |
| Less: Retained Shares | (14,000) | $0.77 | ($10,780.00) |
| **LOSS** | | | $20,610.00 |

EXHIBIT C
Page 13

Verb Technology Company. Inc.
Loss Chart for Movants Denise Carideo and Christopher Harrington
Class Period: January 3, 2018 - May 2. 2018
90 Day Lookback Price (05/03/18 - 07/31/18):                $0.77
Note: Transactions took place prior to February 4, 2019 1:15 split and reflect actual prices at the date of transaction

**Carideo ROTH IRA account**

**PURCHASES**

| Date | # of shares | Price per share | Cost Basis |
|---|---|---|---|
| 04/10/18 | 2,800 | $1.85 | $5,180.00 |
| 04/10/18 | 3,000 | $1.92 | $5,760.00 |
| 04/10/18 | 4,300 | $2.11 | $9,073.00 |
| 04/10/18 | 2,000 | $1.89 | $3,780.00 |
| 04/12/18 | 2,000 | $1.77 | $3,540.00 |
| 04/13/18 | 900 | $1.78 | $1,602.00 |
| 04/16/18 | 3,400 | $1.85 | $6,290.00 |
| 04/16/18 | 2,500 | $1.97 | $4,925.00 |
| 04/16/18 | 100 | $2.01 | $201.00 |
| 04/17/18 | 559 | $2.14 | $1,196.26 |
| 04/17/18 | 1,441 | $2.21 | $3,184.61 |
| 04/20/18 | 400 | $2.69 | $1,076.00 |
| 04/20/18 | 200 | $2.68 | $536.00 |
| 04/20/18 | 1,200 | $2.75 | $3,300.00 |
| 04/20/18 | 356 | $2.73 | $971.88 |
| 05/01/18 | 3,200 | $1.56 | $4,992.00 |
| Purchases | 28,356 | | $55,607.75 |
| Less: Retained Shares | (28,356) | $0.77 | ($21,834.12) |
| LOSS | | | $33,773.63 |

EXHIBIT C
Page 14

Verb Technology Company. Inc.
Loss Chart for Movants Denise Carideo and Christopher Harrington
Class Period: January 3, 2018 - May 2. 2018
90 Day Lookback Price (05/03/18 - 07/31/18):          $0.77
Note: Transactions took place prior to February 4, 2019 1:15 split and reflect actual prices at the date of transaction

**Harrington ROTH IRA account**

**PURCHASES**

| Date | # of shares | Price per share | Cost Basis |
|------|------------|-----------------|-----------|
| 04/17/18 | 5,800 | $2.19 | $12,702.00 |
| 04/17/18 | 200 | $2.20 | $440.00 |
| Purchases | 6,000 | | $13,142.00 |
| Less: Retained Shares | (6,000) | $0.77 | ($4,620.00) |
| **LOSS** | | | **$8,522.00** |

EXHIBIT C
Page 15