# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and On Behalf of All Others Similarly Situated, | ) Case No. CV-19-05896-GW (MAA) <br> ) <br> ) |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING** <br> ) **THE MOTION OF DENISE** <br> ) **CARIDEO AND CHRISTOPHER** |
| v. | ) **HARRINGTON FOR:** <br> ) |
| VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA, | ) **(1) CONSOLIDATION OF THE** <br> ) **RELATED ACTIONS;** <br> ) **(2) APPOINTMENTAS LEAD** |
| Defendants. | ) **PLAINTIFFS; AND** <br> ) **(3) APPROVAL OF SELECTION** <br> ) **OF COUNSEL** |
| | ) <br> ) DATE:    October 7, 2019 <br> ) TIME:    8:30 a.m. <br> ) CTRM:    9D, 9th Floor <br> ) JUDGE:    Hon. George H. Wu <br> ) <br> ) |

[Caption Continues on Next Page]

| | |
|---|---|
| BUMJIN KIM, Individually and On Behalf of All Others Similarly Situated, | ) Case No. CV-19-06944-GW (MAA) |
| Plaintiff, | ) |
| v. | ) |
| VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA, | ) |
| Defendants. | ) |

This Court, having considered the Motion of Movants Denise Carideo and Christopher Harrington for:    (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiffs and; (3) Approval of Selection of Counsel, the Memorandum of Points and Authorities and the Declaration of Rachele R. Byrd, with exhibits, submitted in support thereof, as well as any opposition, reply papers and argument presented by counsel on hearing of the motion, hereby orders as follows:

## I.    **NEWLY FILED OR TRANSFERRED ACTIONS**

1.    Pursuant to Federal Rule of Civil Procedure 42(a), *Hartmann v. Verb Technology Company, Inc., et al.*, No. 19-cv-05896 and *Kim v. Verb Technology Company, Inc., et al.*, No. 19-cv-06944 are consolidated for pre-trial purposes;

2.    Any pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE VERB TECHNOLOGY COMPANY SECURITIES LITIGATION | ) | Civil Action No. 19-05896-GW(MAA) |
|---|---|---|
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS | ) | |

3.    When a case that arises out of the subject matter of this Action is hereinafter filed in this Court or transferred into this Court from another court, the Clerk of this Court shall:

a. File a copy of this Order in the separate file for such action;

- 1 -

b. Mail a copy of the Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

c. Make the appropriate entry in the docket for this action.

4. Each new case arising out of the subject matter of this Action that is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order, or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

5. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or may lead to the discovery of information relevant to the subject matter of the pending litigation.

## II. APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL

6. Movants Denise Carideo and Christopher Harrington ("Movants") have timely moved the Court to be appointed Lead Plaintiffs in this action.

7. Having considered the provisions of Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, and the materials submitted by Movants in support of the motion, the Court hereby concludes that Movants are the "most adequate plaintiff" and also satisfy the requirements of 15 U.S.C. § 78u-4(a)(3)(B). Thus, the Court hereby appoints Movants as Lead Plaintiffs to represent the interests of all purchasers of Verb Technology Company, Inc. securities during the Class Period.

8.     Lead Plaintiffs' selection of counsel is approved pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4 (a)(3)(B)(v), and the law firm of Wolf Haldenstein Adler Freeman & Herz LLP is appointed Lead Counsel for the Class.

9.     Lead Plaintiffs shall file an amended complaint no later than forty-five (45) days from the date of the entry of this Order, unless otherwise agreed between the parties and ordered by the Court.  All defendants shall have forty-five (45) days after the filing and service of the amended complaint to answer or otherwise respond, unless otherwise agreed to between the parties and approved by the Court.

10.     Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through other counsel designated by Lead Counsel:

   a. to coordinate the briefing and argument of any and all motions;

   b. to coordinate the conduct of any and all discovery proceedings;

   c. to coordinate the examination of any and all witnesses in depositions;

   d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

   e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

   f. to coordinate all settlement negotiations with counsel for defendants;

   g. to coordinate and direct the pretrial discovery proceedings, the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

   h. to coordinate the preparation and filings of all pleadings; and

   i. to supervise all other matters concerning the prosecution or resolution of the Action.

11.     No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to

prevent duplicative pleadings or discovery. No settlement negotiations shall be conducted without the approval of Lead Counsel.

12. Lead Counsel shall have responsibility for receiving and disseminating Court orders and notices.

13. Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, shall serve as the spokespersons for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall act as the liaison between the Court and plaintiffs and their counsel.

**IT IS SO ORDERED.**

DATED: _____, 2019       _____
                                          HON. GEORGE H. WU
                                 UNITED STATES DISTRICT COURT JUDGE

VERB: 25914

- 4 -