**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorney for Movant*

[Additional counsel on signature page]

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA, <br><br> Defendant. | No.: 2:19-cv-05896-GW-MAA <br><br> **DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF NATHAN PHILLIPS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** <br><br> DATE: October 7, 2019 <br> TIME: 8:30 a.m. <br> JUDGE: George H. Wu <br> CTRM: # 9D, 9th Floor |
| BUMJIN KIM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA, <br><br> Defendants. | No.: 2:19-cv-06944-GW-MAA |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Nathan Phillips ("Phillips"), and have personal knowledge of the facts set forth herein.   I make this Declaration in support of the motion by Phillips for consolidation, appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Press release published over *Globe Newswire* on July 10, 2019, announcing the pendency of the first-filed of the above-captioned related actions;

Exhibit B:   Shareholder Certification of Phillips;

Exhibit C:   Loss Chart of Phillips; and

Exhibit D:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 9, 2019, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION

1

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Jennifer Pafiti
Jennifer Pafiti

DECLARATION
2