# EXHIBIT C

**Verb Technology Company, Inc. (VERB) (f/k/a nFusz Inc.)**
**Class Period: January 3, 2018 and May 2, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | | | | | | 90-Day* Mean Price $0.7675 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
| Phillips, Nathan | 3/7/2018 | 3,700 | $0.3700 | ($1,369) | 3/7/2018 | (1,700) | $0.4240 | $721 | | | |
| Phillips, Nathan | 3/16/2018 | 50 | $0.5999 | ($30) | 3/21/2018 | (210) | $1.1400 | $239 | | | |
| Phillips, Nathan | 3/21/2018 | 60 | $0.8930 | ($54) | 3/21/2018 | (205) | $1.1100 | $228 | | | |
| Phillips, Nathan | 3/21/2018 | 1,100 | $0.8950 | ($985) | 4/6/2018 | (500) | $1.3500 | $675 | | | |
| Phillips, Nathan | 3/22/2018 | 1,983 | $1.2000 | ($2,380) | 4/9/2018 | (1,000) | $1.6000 | $1,600 | | | |
| Phillips, Nathan | 3/22/2018 | 49 | $1.2200 | ($60) | 4/10/2018 | (1,500) | $1.9800 | $2,970 | | | |
| Phillips, Nathan | 3/27/2018 | 116 | $1.6700 | ($194) | 4/10/2018 | (1,500) | $2.1000 | $3,150 | | | |
| Phillips, Nathan | 3/27/2018 | 2,300 | $1.6600 | ($3,818) | 4/12/2018 | (1,700) | $1.7500 | $2,975 | | | |
| Phillips, Nathan | 3/27/2018 | 12,525 | $1.6500 | ($20,666) | 4/16/2018 | (1,627) | $1.9800 | $3,221 | | | |
| Phillips, Nathan | 3/27/2018 | 323 | $1.7300 | ($559) | 4/17/2018 | (1,628) | $2.2500 | $3,663 | | | |
| Phillips, Nathan | 3/28/2018 | 1,854 | $1.6800 | ($3,115) | 4/17/2018 | (1,659) | $2.3000 | $3,816 | | | |
| Phillips, Nathan | 3/28/2018 | 265 | $1.7000 | ($451) | 4/17/2018 | (1,673) | $2.3100 | $3,865 | | | |
| Phillips, Nathan | 4/3/2018 | 2,223 | $1.0800 | ($2,401) | 4/20/2018 | (1,450) | $2.8800 | $4,176 | | | |
| Phillips, Nathan | 4/3/2018 | 73 | $1.0700 | ($78) | 4/20/2018 | (246) | $2.8700 | $706 | | | |
| Phillips, Nathan | 4/6/2018 | 534 | $1.2500 | ($668) | | | | | | | |
| Phillips, Nathan | 4/9/2018 | 1,058 | $1.5000 | ($1,587) | | | | | | | |
| Phillips, Nathan | 4/10/2018 | 1,572 | $1.8800 | ($2,955) | | | | | | | |
| Phillips, Nathan | 4/10/2018 | 1,530 | $2.0500 | ($3,137) | | | | | | | |
| Phillips, Nathan | 4/13/2018 | 1,603 | $1.8200 | ($2,917) | | | | | | | |
| Phillips, Nathan | 4/13/2018 | 24 | $1.8100 | ($43) | | | | | | | |
| Phillips, Nathan | 4/16/2018 | 1,628 | $1.9700 | ($3,207) | | | | | | | |
| Phillips, Nathan | 4/17/2018 | 1,250 | $2.1900 | ($2,738) | | | | | | | |
| Phillips, Nathan | 4/17/2018 | 409 | $2.2000 | ($900) | | | | | | | |
| Phillips, Nathan | 4/17/2018 | 1,673 | $2.2800 | ($3,814) | | | | | | | |
| Phillips, Nathan | 4/17/2018 | 1,696 | $2.2700 | ($3,850) | | | | | | | |
| Phillips, Nathan | 4/20/2018 | 2,385 | $2.8800 | ($6,869) | | | | | | | |
| **Phillips, Nathan** | | **41,983** | | **($68,842)** | | **(16,598)** | | **$32,005** | **25,385** | **$19,483** | **($17,355)** |

*Avg Closing Prices from May 3 to July 31, 2018                    Page 1 of 1