UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

SCOTT C HARTMANN,

                Plaintiff,

  vs.                              Case No. CV 19-5896-GW

VERB TECHNOLOGY COMPANY,

                Defendants.
_____/

REPORTER'S TRANSCRIPT OF
MOTION FOR APPOINTMENT OF LEAD PLAINTIFF
MONDAY, OCTOBER 7, 2019
8:30 A.M.
LOS ANGELES, CALIFORNIA

_____

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

UNITED STATES DISTRICT COURT

**APPEARANCES OF COUNSEL:**

**FOR THE MOVANT:  J. LEISTER**

THE ROSEN LAW FIRM PA
BY:  JOSHUA E. BAKER
Attorney at Law
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania
jbaker@rosenlegal.com

**FOR THE DEFENDANT:  VERB TECHNOLOGY COMPANY**

WILSON SONSINI GOODRICH and ROSATI, PC
BY:  DYLAN GRACE SAVAGE
Attorney at Law
Spear Tower
One Market Street, Suite 3300
San Francisco, California 94105
dsavage@wsgr.com

**UNITED STATES DISTRICT COURT**

**LOS ANGELES, CALIFORNIA; MONDAY, OCTOBER 7, 2019**

**8:30 A.M.**

**--oOo--**

THE COURT:  Let me call the matter of *Hartmann versus Verb Technology*.

MR. BAKER:  Good morning, Your Honor.  Josh Baker for lead plaintiff movant, J. Leister.

MS. SAVAGE:  Good morning, Your Honor.  Dylan Savage from Wilson Sonsini on behalf of the defendants Verb Technology and Rory Cutaia.

THE COURT:  Okay.  We are here on the motion for consolidation, appointment of lead counsel, and also approval of lead plaintiff's choice of counsel.

I issued a tentative, I presume both sides have seen it?

MR. BAKER:  Yes, Your Honor.

MS. SAVAGE:  Yes, Your Honor.

THE COURT:  Does anybody want to argue anything?

MR. BAKER:  No, Your Honor.

MS. SAVAGE:  Your Honor, defendants will submit on the tentative.

I just wanted to note on the record that while we did not oppose consolidation and took no position on the motions for lead plaintiff or lead counsel, we do expressly reserve all rights and arguments with respect to class certification.

**UNITED STATES DISTRICT COURT**

THE COURT:  Okay.

MR. BAKER:  Nothing further.

THE COURT:  I didn't think you had conceded to anything, so that is fine.

I will make my tentative my final.

Thank you.  Have a very nice day.

(Proceedings concluded at 10:12 a.m.)

* * *

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES    )
                         )
STATE OF CALIFORNIA      )


            I, TERRI A. HOURIGAN, Federal Official Realtime

Court Reporter, in and for the United States District Court for

the Central District of California, do hereby certify that

pursuant to Section 753, Title 28, United States Code that the

foregoing is a true and correct transcript of the

stenographically reported proceedings held in the

above-entitled matter and that the transcript page format is in

conformance with the regulations of the judicial conference of

the United States.


Date:  October 17, 2019



                          /s/ TERRI A. HOURIGAN
                        _____
                          TERRI A. HOURIGAN, CSR NO. 3838, CCRR
                            Federal Official Court Reporter


**UNITED STATES DISTRICT COURT**

**/**

/s [1] - 5:19

**1**

101 [1] - 2:5
10:12 [1] - 4:7
17 [1] - 5:16
19-5896-GW [1] - 1:7

**2**

2019 [3] - 1:13, 3:1, 5:16
213 [1] - 1:24
28 [1] - 5:9

**3**

3300 [1] - 2:11
350 [1] - 1:23
3838 [2] - 1:22, 5:20

**4**

4311 [1] - 1:23
440 [1] - 2:5

**7**

7 [2] - 1:13, 3:1
753 [1] - 5:9

**8**

894-2849 [1] - 1:24
8:30 [2] - 1:14, 3:2

**9**

90012 [1] - 1:24
94105 [1] - 2:11

**A**

A.M [2] - 1:14, 3:2
a.m [1] - 4:7
above-entitled [1] - 5:12
ANGELES [4] - 1:14, 1:24, 3:1, 5:3
APPEARANCES [1] - 2:1
appointment [1] - 3:13
APPOINTMENT [1] - 1:13
approval [1] - 3:13
argue [1] - 3:18
arguments [1] - 3:25

Attorney [2] - 2:5, 2:10
Avenue [1] - 2:5

**B**

BAKER [5] - 2:4, 3:7, 3:16, 3:19, 4:2
Baker [1] - 3:7
behalf [1] - 3:10
BY [2] - 2:4, 2:9

**C**

CALIFORNIA [5] - 1:2, 1:14, 1:24, 3:1, 5:4
California [2] - 2:11, 5:8
Case [1] - 1:7
CCRR [2] - 1:22, 5:20
Central [1] - 5:8
CENTRAL [1] - 1:2
CERTIFICATE [1] - 5:1
certification [1] - 3:25
certify [1] - 5:8
choice [1] - 3:14
class [1] - 3:25
Code [1] - 5:9
COMPANY [2] - 1:8, 2:8
conceded [1] - 4:3
concluded [1] - 4:7
conference [1] - 5:13
conformance [1] - 5:13
consolidation [2] - 3:13, 3:23
correct [1] - 5:10
COUNSEL [1] - 2:1
counsel [3] - 3:13, 3:14, 3:24
COUNTY [1] - 5:3
COURT [7] - 1:1, 1:23, 3:5, 3:12, 3:18, 4:1, 4:3
Court [3] - 5:7, 5:20
CSR [2] - 1:22, 5:20
Cutaia [1] - 3:11
CV [1] - 1:7

**D**

Date [1] - 5:16
DEFENDANT [1] - 2:8
Defendants [1] - 1:9

defendants [2] - 3:10, 3:20
DISTRICT [3] - 1:1, 1:2, 1:3
District [2] - 5:7, 5:8
DIVISION [1] - 1:2
dsavage@wsgr.com [1] - 2:12
DYLAN [1] - 2:9
Dylan [1] - 3:9

**E**

entitled [1] - 5:12
expressly [1] - 3:24

**F**

FEDERAL [1] - 1:23
Federal [2] - 5:6, 5:20
final [1] - 4:5
fine [1] - 4:4
FIRM [1] - 2:4
FIRST [1] - 1:23
FOR [3] - 1:13, 2:3, 2:8
foregoing [1] - 5:10
format [1] - 5:12
Francisco [1] - 2:11

**G**

GEORGE [1] - 1:3
GOODRICH [1] - 2:9
GRACE [1] - 2:9
Greenwood [1] - 2:5

**H**

HARTMANN [1] - 1:5
Hartmann [1] - 3:5
held [1] - 5:11
hereby [1] - 5:8
Honor [6] - 3:7, 3:9, 3:16, 3:17, 3:19, 3:20
HONORABLE [1] - 1:3
HOURIGAN [4] - 1:22, 5:6, 5:19, 5:20

**I**

issued [1] - 3:15

**J**

jbaker@rosenlegal.com [1] - 2:6
Jenkintown [1] - 2:6

Josh [1] - 3:7
JOSHUA [1] - 2:4
JUDGE [1] - 1:3
judicial [1] - 5:13

**L**

LAW [1] - 2:4
Law [2] - 2:5, 2:10
LEAD [1] - 1:13
lead [5] - 3:8, 3:13, 3:14, 3:24
LEISTER [1] - 2:3
Leister [1] - 3:8
LOS [4] - 1:14, 1:24, 3:1, 5:3

**M**

Market [1] - 2:11
matter [2] - 3:5, 5:12
MONDAY [2] - 1:13, 3:1
morning [2] - 3:7, 3:9
MOTION [1] - 1:13
motion [1] - 3:12
motions [1] - 3:23
MOVANT [1] - 2:3
movant [1] - 3:8
MR [4] - 3:7, 3:16, 3:19, 4:2
MS [3] - 3:9, 3:17, 3:20

**N**

nice [1] - 4:6
NO [2] - 1:22, 5:20
note [1] - 3:22
nothing [1] - 4:2

**O**

October [1] - 5:16
OCTOBER [2] - 1:13, 3:1
OF [7] - 1:2, 1:12, 1:13, 2:1, 5:1, 5:3, 5:4
Official [2] - 5:6, 5:20
OFFICIAL [2] - 1:23, 5:1
One [1] - 2:11
oOo [1] - 3:3
oppose [1] - 3:23

**P**

PA [1] - 2:4
page [1] - 5:12

PC [1] - 2:9
Pennsylvania [1] - 2:6
Plaintiff [1] - 1:6
plaintiff [2] - 3:8, 3:24
PLAINTIFF [1] - 1:13
plaintiff's [1] - 3:14
position [1] - 3:23
presume [1] - 3:15
Proceedings [1] - 4:7
proceedings [1] - 5:11
pursuant [1] - 5:9

**R**

Realtime [1] - 5:6
record [1] - 3:22
regulations [1] - 5:13
reported [1] - 5:11
REPORTER [2] - 1:23, 5:1
Reporter [2] - 5:7, 5:20
REPORTER'S [1] - 1:12
reserve [1] - 3:24
respect [1] - 3:25
rights [1] - 3:25
ROOM [1] - 1:23
Rory [1] - 3:11
ROSATI [1] - 2:9
ROSEN [1] - 2:4

**S**

San [1] - 2:11
SAVAGE [4] - 2:9, 3:9, 3:17, 3:20
Savage [1] - 3:9
SCOTT [1] - 1:5
Section [1] - 5:9
sides [1] - 3:15
SONSINI [1] - 2:9
Sonsini [1] - 3:10
Spear [1] - 2:10
STATE [1] - 5:4
STATES [1] - 1:1
States [3] - 5:7, 5:9, 5:14
stenographically [1] - 5:11
STREET [1] - 1:23
Street [1] - 2:11
submit [1] - 3:20
Suite [2] - 2:5, 2:11

UNITED STATES DISTRICT COURT

| T |
|---|
| **TECHNOLOGY** [2] - 1:8, 2:8 |
| **Technology** [2] - 3:6, 3:10 |
| **tentative** [3] - 3:15, 3:21, 4:5 |
| **TERRI** [4] - 1:22, 5:6, 5:19, 5:20 |
| **THE** [8] - 2:3, 2:4, 2:8, 3:5, 3:12, 3:18, 4:1, 4:3 |
| **Title** [1] - 5:9 |
| **took** [1] - 3:23 |
| **Tower** [1] - 2:10 |
| **transcript** [2] - 5:10, 5:12 |
| **TRANSCRIPT** [1] - 1:12 |
| **true** [1] - 5:10 |

| U |
|---|
| **U.S** [1] - 1:3 |
| **United** [3] - 5:7, 5:9, 5:14 |
| **UNITED** [1] - 1:1 |

| V |
|---|
| **Verb** [2] - 3:6, 3:10 |
| **VERB** [2] - 1:8, 2:8 |
| **versus** [1] - 3:6 |
| **vs** [1] - 1:7 |

| W |
|---|
| **WEST** [1] - 1:23 |
| **WESTERN** [1] - 1:2 |
| **WILSON** [1] - 2:9 |
| **Wilson** [1] - 3:10 |
| **WU** [1] - 1:3 |

UNITED STATES DISTRICT COURT