Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VERB TECHNOLOGY COMPANY, INC. and RORY J. CUTAIA,<br><br>    Defendants. | No: 2:19-cv-05896-GW-MAA<br><br>CLASS ACTION<br><br>**DECLARATION OF JOSHUA BAKER**<br><br>JUDGE:  Hon. George H. Wu<br>DATE:    May 28, 2020<br>TIME:    8:30 a.m.<br>CTRM:   9D |

I, Joshua Baker, declare the following pursuant to 28 U.S.C.§ 1746:

1.    I am an attorney at The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff in this action. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2.    Attached as Exhibit A to this declaration is a true and correct copy of a current report dated January 3, 2018, filed by Verb with the SEC on Form 8-K.

3.    Attached as Exhibit B to this declaration is a true and correct copy of an excerpt from the annual report of Defendant Verb Technology Company, Inc. ("Verb") for the year ended December 31, 2017, filed by Verb with the SEC on Form 10-K.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2020                    /s/ Joshua Baker
                                         Joshua Baker

- 1 -
CERTIFICATE OF SERVICE; 2:19-cv-05896-GW-MAA

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2020, I authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 10, 2020                                   /s/ Jacob A. Goldberg
                                                        Jacob A. Goldberg

CERTIFICATE OF SERVICE; 2:19-cv-05896-GW-MAA