# EXHIBIT B

Case 2:19-cv-05896-GW-MAA Document 56-3 Filed 04/10/20 Page 2 of 4 Page ID #:563

10-K 1 form10-k.htm

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

(Mark One)

**[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended: **December 31, 2017**

or

**[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number: 000-55314

# nFüsz, Inc.
(Exact name of registrant as specified in its charter)

| Nevada | 90-1118043 |
|---|---|
| State or other jurisdiction of incorporation or organization | (I.R.S. Employer Identification No.) |

**344 S. Hauser Blvd**
**Suite 414**
**Los Angeles, CA 90036**
(Address of principal executive offices and Zip Code)

Registrant's telephone number, including area code: **(855) 250-2300**

Securities registered pursuant to Section 12(b) of the Act

| Title of Each Class | Name of each Exchange on which registered |
|---|---|
| **Nil** | **N/A** |

Securities registered pursuant to Section 12(g) of the Act

**Common stock with a par value of $0.0001 per share**
(Title of Class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes [ ] No [X]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes [ ] No [X]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports),

and (2) has been subject to such filing requirements for the past 90 days.

Yes [X] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [X]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act Yes [ ] No [X]

| | | | |
|---|---|---|---|
| Large accelerated filer | [ ] | Accelerated filer | [ ] |
| Non-accelerated filer | [ ] | Smaller reporting company | [X] |
| (Do not check if a smaller reporting company) | | Emerging growth company | [X] |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [ ]

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter.

79,616,601 shares of common stock at a price of $.21 per share for an aggregate market value of $16,719,486.

(APPLICABLE ONLY TO CORPORATE REGISTRANTS)

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date: As of March 30, 2018, there were 152,126,286 shares of common stock outstanding.

DOCUMENTS INCORPORATED BY REFERENCE

List hereunder the following documents if incorporated by reference and the Part of the Form 10-K (e.g., Part I, Part II, etc.) into which the document is incorporated: (1) Any annual report to security holders; (2) Any proxy or information statement; and (3) Any prospectus filed pursuant to Rule 424(b) or (c) of the Securities Act of 1933. The listed documents should be clearly described for identification purposes (e.g., annual report to security holders for fiscal year ended December 24, 1980). **Not Applicable**

https://www.sec.gov/Archives/edgar/data/1566610/000149315218004470/form10-k.htm

## ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The following table sets forth, as of March 30, 2018, certain information with respect to the beneficial ownership of our common stock by each stockholder known by us to be the beneficial owner of more than 5% of any class of our voting securities and by each of our current directors, our named executive officers and by our current executive officers and directors as a group.

| Name of Beneficial Owner | Title of Class | Amount and Nature of Beneficial Ownership(1) | Percentage of Class(2) |
|---|---|---|---|
| Rory J. Cutaia c/o 344 S. Hauser Drive, Unit 414 Los Angeles, California 90036 | Common Stock | 56,959,120(3) | 31.5% |
| Chakradhar Reddy 110 3rd Ave. #11B New York, NY 10003 | Common Stock | 9,300,000(4) | 6.1% |
| James P. Geiskopf c/o 344 S. Hauser Drive, Unit 414 Los Angeles, California 90036 | Common Stock | 5,514,000(5) | 3.6% |
| Jeff Clayborne c/o 344 S. Hauser Drive, Unit 414 Los Angeles, California 90036 | Common Stock | 2,759,807(6) | 1.8% |
| **All executive officers and directors as a group (3 persons)** | **Common Stock** | **65,232,927** | **35.6%** |

(1)   Except as otherwise indicated, we believe that the beneficial owners of the common stock listed above, based on information furnished by such owners, have sole investment and voting power with respect to such shares, subject to community property laws where applicable. Beneficial ownership is determined in accordance with the rules of the SEC and generally includes voting or investment power with respect to securities. Common stock subject to options or warrants currently exercisable or exercisable within 60 days, are deemed outstanding for purposes of computing the percentage ownership of the person holding such option or warrants, but are not deemed outstanding for purposes of computing the percentage ownership of any other person.

(2)   Percentage of common stock is based on 152,126,286 shares of our common stock issued and outstanding as of March 30, 2018.

(3)   Consists of 23,585,832 shares of common stock held directly, 3,603,600 shares of common stock held by Cutaia Media Group Holdings, LLC and 810,092 shares of common stock held by spouse. Also includes 2,675,000 stock options held directly and 562,500 stock options held by Mr. Cutaia's spouse that are exercisable within 60 days but excludes 2,125,000 stock options held by Mr. Cutaia, and 37,500 stock options held by Mr. Cutaia's spouse, that are not exercisable within 60 days. The total also includes 14,457,269 warrants granted to Mr. Cutaia as consideration for extending the payment terms of his outstanding notes payable, 11,264,826 shares of common stock that Mr. Cutaia can contractually convert his outstanding notes payable into.

(4)   Consists of 9,300,000 shares of common stock held directly.

(5)   Includes 4,084,000 shares of common stock held directly, 80,000 shares held by Mr. Geiskopf's children. Also includes 1,350,000 stock options exercisable within 60 days. Excludes 2,000,000 stock options not exercisable within 60 days.

(6)   Includes 2,000,000 shares of common stock held directly. Also, includes 759,807 stock options exercisable within 60 days. Excludes 3,433,334 stock options not exercisable within 60 days.

54