STEVEN M. SCHATZ, State Bar No. 118356
CATHERINE E. MORENO, State Bar No. 264517
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: sschatz@wsgr.com
          cmoreno@wsgr.com

DYLAN G. SAVAGE, SBN 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Suite 3300
San Francisco, CA 94105-1126
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
Email: dsavage@wsgr.com

*Attorneys for Defendants*
*Verb Technology Company., Inc., and*
*Rory J. Cutaia*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | NO.:  CV 19-5896-GW-MAAx<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS**<br><br>Complaint Served:  July 9, 2019 |

The Joint Stipulation Regarding Defendants' Reply in Further Support of Motion to Dismiss having been considered, and good cause appearing therefore, it is hereby ordered that:

1.      The Stipulation is APPROVED; and

2.      Defendants' reply brief in further support of their motion to dismiss, if any, shall be filed by June 8, 2020.

IT IS SO ORDERED.

Dated: May 4, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER RE REPLY BRIEF
CASE NO.: 2:19-CV-05896-GW-MAA