STEVEN M. SCHATZ, State Bar No. 118356
CATHERINE E. MORENO, State Bar No. 264517
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
       cmoreno@wsgr.com

DYLAN G. SAVAGE, SBN 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: dsavage@wsgr.com

*Attorneys for Defendants*
*Verb Technology Company, Inc., and*
*Rory J. Cutaia*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>  Defendants. | NO.: CV 19-5896-GW-MAAx<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MOTION FOR PRELIMNARY APPROVAL**<br><br>Complaint Served: July 9, 2019 |

The Joint Stipulation Regarding Motion for Preliminary Approval having been considered, and good cause appearing therefore, it is hereby ordered that:

1. The Stipulation is APPROVED;

2. The deadline for the parties to finalize the settlement and Lead Plaintiff to file any motion for preliminary approval is extended through and including September 18, 2020; and

3. Should the parties be unable to finalize their agreement to resolve this matter, they will so advise the Court, and Defendants' reply brief and the hearing on Defendants' motion to dismiss will be set for a date convenient to the Court.

IT IS SO ORDERED.

Dated:  September 3, 2020

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE