1  Laurence M. Rosen, Esq. (SBN 219683)
2  THE ROSEN LAW FIRM, P.A.
   355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
4  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com

6
7  Jacob A. Goldberg (*pro hac vice*)
   Joshua Baker (*pro hac vice*)
8  101 Greenwood Avenue, Suite 440
9  Jenkintown, PA 19046
   Telephone: (215) 600-2817
10 Facsimile: (212) 202-3827
11 Email: jgoldberg@rosenlegal.com
          jbaker@rosenlegal.com
12
13 *Lead Counsel for Plaintiffs*

14
                  UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16

17 | | |
   |---|---|
18 | SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated, | No. 2:19-cv-05896-GW-MAA |
19 | | |
   | | CLASS ACTION |
20 | Plaintiff, | |
21 | | **NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND NOTICE PROCEDURES** |
   | v. | |
22 | | |
23 | VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA, | |
24 | | Date: October 19, 2020 |
25 | Defendants. | Time: 8:30 a.m. |
26 | | Courtroom: 9D |
   | | Judge: Hon. George H. Wu |
27

28

- 1 -
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUMJIN KIM, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,

Defendants.

No. 2:19-cv-06944-GW-MAA

CLASS ACTION

- 2 -

1

2   Lead Plaintiff J. Leister and named Plaintiff Alexander Wolfson ("Plaintiffs"),

3   individually and on behalf of the proposed settlement class, respectfully submit this

4   Unopposed Motion for Preliminary Approval of Settlement and Notice Procedures.

5        PLEASE TAKE NOTICE that on October 19, 2020, or such date as determined

6   by the Court, in the United States District Court for the Central District of California,

7   Plaintiffs will and hereby do move the Court for an order: (i) certifying the Settlement

8   Class for settlement purposes only, appointing Plaintiffs as class representatives, and

9   appointing The Rosen Law Firm, P.A. as class counsel; (ii) preliminarily approving the

10  proposed Settlement of this class action; (iii) approving the parties' proposed form and

11  method of notifying the Settlement Class of the action and the proposed Settlement and

12  directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines

13  for Settlement Class members to exercise their rights in connection with the proposed

14  Settlement; and (v) setting a hearing on whether the Court should grant final approval

15  of the Settlement, dismiss claims against Defendants, approve the release of claims

16  against all released parties, enter judgment, and award attorneys' fees and expenses to

17  Lead Counsel and awards to Plaintiffs. This motion is based upon the Memorandum of

18  Points and Authorities in Support of Plaintiffs' Motion for Preliminary Approval, the

19  Declaration of Jacob Goldberg and all exhibits attached thereto, all records and papers

20  on file in this action, and any argument offered at a hearing on this motion.

21       Plaintiff makes this motion following the conference of counsel pursuant to

22  Local Rule 7-3, conducted on September 11, 2020, during which Defendants' counsel

23  advised that Defendants do not oppose this motion.

24

25

26

27

28

PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

1

Dated: September 18, 2020       **THE ROSEN LAW FIRM, P.A.**

2

3

/s/ Jacob A. Goldberg
Laurence M. Rosen (SBN 219683)

4

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

5

Telephone: (213) 785-2610

6

Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

7

8

Jacob A. Goldberg (*pro hac vice*)

9

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440

10

Jenkintown, PA 19046

11

Telephone: (215) 600-2817
Facsimile: (212) 202-3827

12

Email: jgoldberg@rosenlegal.com

13

         jbaker@rosenlegal.com

14

*Lead Counsel for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020, I electronically filed the foregoing Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Settlement and Notice Procedures with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg

PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL