UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. CV 19-5896-GW-MAAx<br><br>CLASS ACTION<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL**<br><br>Judge: Hon. George H. Wu |
| BUMJIN KIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-06944-GW-MAA<br><br>CLASS ACTION |

1  Compelling reason having been shown, IT IS HEREBY ORDERED, that
2  Plaintiffs' application for leave to file under seal a confidential Supplemental
3  Agreement to the Parties' Stipulation of Settlement (Dkt. No. 66-3), as the Court
4  directed during the October 26, 2020 preliminary approval hearing, is GRANTED.
5  A copy of the Supplemental Agreement may be filed under seal by Plaintiffs or the
6  Court.

9  Dated: October 27, 2020          _____
                                     HON. GEORGE H. WU
                                     UNITED STATES DISTRICT JUDGE