Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jacob A. Goldberg (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
        jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-05896-GW-MAA<br><br>CLASS ACTION<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS**<br><br>Date: February 18, 2021<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

| | |
|---|---|
| BUMJIN KIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-06944-GW-MAA<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that on February 18, 2021 at 8:30 a.m., before the Honorable George H. Wu, United States District Judge for the Central District of California, located at First Street Courthouse, Courtroom 9D, 350 W. First Street, Los Angeles, California 90012, or by telephonic or videoconference means, Plaintiffs will and hereby do move this Court for entry of an order awarding: (i) attorneys' fees of 25% of the Settlement, or $160,000; (ii) expense reimbursement of $17,264.10; and (iii) Plaintiffs $1,000 each.

Plaintiffs base this unopposed motion upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Award of Attorneys' Fees and Expenses and Awards to Plaintiffs, the Declaration of Jacob Goldberg and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Defendants do not oppose this motion.

| | |
|---|---|
| Dated: January 12, 2021 | **THE ROSEN LAW FIRM, P.A.** |
| | |
| | */s/ Jacob A. Goldberg* |
| | Laurence M. Rosen (SBN 219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | |
| | Jacob A. Goldberg (*pro hac vice*) |
| | Joshua Baker (*pro hac vice*) |
| | 101 Greenwood Avenue, Suite 440 |
| | Jenkintown, PA 19046 |
| | Telephone: (215) 600-2817 |
| | Facsimile: (212) 202-3827 |
| | Email: jgoldberg@rosenlegal.com |
| | jbaker@rosenlegal.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I electronically filed the foregoing Notice of Motion and Motion for Award of Attorneys' Fees and Expenses and Awards to Plaintiffs with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg