# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-05896-GW-MAA<br><br>CLASS ACTION |
| BUMJIN KIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-06944-GW-MAA<br><br>CLASS ACTION |

**DECLARATION OF SARAH EVANS CONCERNING
(A) MAILING AND EMAILING OF NOTICE;
(B) PUBLICATION OF THE SUMMARY NOTICE;
AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1. I am the Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. SCS was established in April 1999 and has administered over four hundred and twenty-five (425) class action cases since its inception. I have over seven years of experience specializing in the administration of class action cases. I am over

1

Declaration of Sarah Evans – No. 2:19-cv-05896-GW-MAA

21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein.

## MAILING OF NOTICE

2.      Pursuant to the Court's Amended Order Granting Plaintiffs Motion for Preliminary Approval of Class Action Settlement, dated October 28, 2020 (the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator to supervise and administer the notice procedure and processing of claims in connection with the Settlement in the above-captioned action.

3.      To provide actual notice to those Persons who purchased Verb Technology Company, Inc. ("Verb") common stock during the period from January 3, 2018 through May 2, 2018, both days inclusive ("Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS provided notice to potential members of the Settlement Class in the following ways: (a) printing and mailing the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form", and with the Notice, "Notice and Claim Form"); (b) printing and mailing the Postcard Notice; or (c) emailing the Summary Notice. A true and correct copy of the Notice and Claim Form is attached as **Exhibit A**, and a true and correct copy of the Postcard Notice is attached as **Exhibit B**.

4.      First, SCS mailed, by first class mail, postage prepaid, the Notice and Claim Form to 108 individuals and organizations identified in the transfer records which were provided to SCS by Defendants' Counsel. These records reflect persons and entities that purchased Verb common stock for their own account, or for the account(s) of their clients, during the Settlement Class Period. SCS received the transfer records on November 12, 2020, and the transfer record mailing was completed on November 23, 2020.

2

Declaration of Sarah Evans – No. 2:19-cv-05896-GW-MAA

5.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 696 banks and brokerage companies ("Nominee Account Holders"), as well as 596 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On November 11, 2020, SCS caused a letter to be mailed or e-mailed to the 1,292 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either (a) send a Postcard Notice to their customers who may be beneficial purchasers/owners, (b) email the notice supplied by SCS to beneficial purchasers/owners; or (c) provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial owners so that SCS could promptly mail the Postcard Notice or email the Summary Notice directly to them.  A copy of the letter sent to these nominees is attached as **Exhibit C.**

6.      Following these mailings, SCS received additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, and SCS received requests from nominees for Postcard Notices so that the nominees could forward them to their customers.

Declaration of Sarah Evans – No. 2:19-cv-05896-GW-MAA

7.      To date, SCS has mailed 2,426 Postcard Notices[1]. Additionally, SCS was notified by three of the nominees that they emailed a total of 4,701 of their customers to notify them of this settlement and provide direct links to the Long Notice and Claim Form on the settlement website.

8.      SCS also sent the Depository Trust Company ("DTC") a Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS") on November 11, 2020. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

### PUBLICATION OF THE SUMMARY NOTICE

9.      Pursuant to the Court's Preliminary Approval Order, the Summary Notice was published electronically once on the *Globe Newswire* on November 11, 2020, as shown in the confirmation of publication attached hereto as **Exhibit D.**

### TOLL-FREE PHONE LINE

10.      SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

### WEBSITE

11.      On November 11, 2020, SCS established a webpage on its website at www.strategicclaims.net.  The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Notice and Claim Form, the Postcard Notice, the Preliminary Approval

---

[1] To date, out of the 2,426 Postcard Notices mailed, SCS has received 2 requests from the potential Settlement Class Members to mail them the Notice and Claim Form.

4

Declaration of Sarah Evans – No. 2:19-cv-05896-GW-MAA

Order, and the Stipulation. To date, the Notice and Claim Form has been accessed 204 times through the website.

### REPORT ON EXCLUSIONS AND OBJECTIONS

12.    The Notice, Postcard Notice, Summary Notice, and the dedicated website informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than January 28, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received no valid exclusion requests.

13.    According to the Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, the Plan of Allocation, and/or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Plaintiffs are required to submit their objection in writing such that the request is received by Lead Counsel and Counsel for Defendants, as well as filed with the Court, no later than January 28, 2021.  As of the date of this Declaration, SCS has neither received nor been notified of the filing of any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of January 2021, in Media, Pennsylvania.

_Sarah Evans_

_____
Sarah Evans

5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-05896-GW-MAA<br><br><u>CLASS ACTION</u> |
| BUMJIN KIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-06944-GW-MAA<br><br>CLASS ACTION |

**NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**

If you purchased common stock of Verb Technology Company, Inc. ("Verb" or "Company") during the period from January 3, 2018 to May 2, 2018, both dates inclusive ("Settlement Class Period"), you could get a payment from a proposed class action settlement ("Settlement").

*Under law, a federal court has authorized this Notice.  This is not attorney advertising.*

- If approved by the Court, the Settlement will provide $640,000 ("Settlement Amount"), gross, over 12 months, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased Verb common stock during the Settlement Class Period.

- The approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is an average of $0.044 per split-adjusted outstanding share of Verb common stock. This estimate is based on the assumptions set forth in the following two paragraphs. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Verb common stock, the purchase and sale prices, and the total number and amount of claims filed.

- Attorneys for Plaintiffs ("Lead Counsel") intend to ask the Court to award them fees of up to 25% of the Settlement Amount or $160,000, reimbursement of litigation expenses of no more than $25,000, and awards to the Plaintiffs not to exceed $1,000 each. Collectively, the attorneys' fees and expenses and award to Lead Plaintiff are estimated to average $0.018 per split-adjusted outstanding share of Verb common stock.  If approved by the Court, these amounts will be paid from the Settlement Fund.

-1-

- The Settlement represents an estimated average recovery of $0.062 per split-adjusted share of Verb common stock for the approximately 10.4 million split-adjusted shares outstanding at the end of the Settlement Class Period. Shares may have been traded more than once during the Settlement Class Period. This estimate solely reflects the average recovery per outstanding share of Verb common stock. The indicated average recovery per share will be the total average recovery for all purchasers of that share. This is not an estimate of the actual recovery per share you should expect.  Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Verb common stock, and the total number of claims filed.

- The Settlement resolves the Action concerning whether Verb and individual defendant Rory J. Cutaia ("Defendants") violated the federal securities laws by making misrepresentations and/or omissions of material fact in various filings with the U.S. Securities and Exchange Commission or in other public statements to the investing public. Defendants deny each and every claim and contention alleged in the Action and deny any misconduct or wrongdoing whatsoever, including by any of Verb's officers, directors, or employees.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN FEBRUARY 4, 2021** | The only way to get a payment. |
| **EXCLUDE YOURSELF NO LATER THAN JANUARY 28, 2021** | Get no payment.  This is the only option that allows you to ever be part of any other lawsuit against Defendants about the legal claims in this case. |
| **OBJECT NO LATER THAN JANUARY 28, 2021** | Write to the Court and explain why you object to the Settlement. |
| **GO TO A HEARING ON FEBRUARY 18, 2021** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | Get no payment.  Give up rights. |

### INQUIRIES

**Please do not contact the Court regarding this Notice.**  All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| Verb Technology Company, Inc. Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel.:  866-274-4004 Fax:  610-565-7985 info@strategicclaims.net | **or** | Jacob A. Goldberg, Esq. THE ROSEN LAW FIRM, P.A. 101 Greenwood Avenue, Suite 440 Jenkintown, PA 19046 Tel.: 215-600-2817 Fax: 212-202-3827 jgoldberg@rosenlegal.com |

### DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated September 17, 2020 ("Stipulation").

-2-

**COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT**

1.  **Why did I get this Notice?**
    You or someone in your family may have acquired Verb common stock between January 3, 2018 and May 2, 2018, both dates inclusive.

2.  **What is this lawsuit about?**
    The case is known as *Hartmann v. Verb Technology Company, Inc., et al.,* No. 2:19-cv-05896-GW-MAA (C.D. Cal.) ("Action"). The Action is pending in the United States District Court for the Central District of California.

    The Action involves Plaintiffs' allegation that Defendants violated the federal securities laws by making false or misleading statements in Verb's filings with the U.S. Securities and Exchange Commission or other public statements to investors. The Complaint asserts that the alleged misstatements or omissions artificially inflated the price of Verb common stock, and that the stock price dropped in response to certain subsequent disclosures. Defendants have denied and continue to deny the allegations in the Complaint and all charges of wrongdoing or liability against Verb or any of its officers, directors, or employees. The Settlement shall in no event be construed as, or deemed to be evidence of, an admission or concession by any of the Defendants with respect to any claim or any fault or wrongdoing or damage to the Settlement Class Members or any other person. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims.

3.  **Why is this a class action?**
    In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class. The Court appointed J. Leister to be the Lead Plaintiff in this action, and on a preliminary basis appointed him and named Plaintiff Alexander Wolfson as the Class Representatives to represent the interests of all purchasers of Verb common stock during the Settlement Class Period.

4.  **Why is there a Settlement?**
    Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations and Defendants' defenses with respect to liability or the average amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendants disagree include: (1) whether Defendants made any statements that were materially false or misleading or otherwise actionable under federal securities law; (2) whether Defendants acted with scienter; (3) to the extent any statements were materially false or misleading, whether any subsequent disclosures corrected any prior statements by Defendants; (4) the causes of the loss in the value of the stock; and (5) the amount of alleged damages, if any, that could be recovered at trial.

    This matter has not gone to trial. Defendants have moved to dismiss the Complaint for failure to state a claim upon which relief could be granted, and Plaintiffs have opposed Defendants' motion. Defendants' motion to dismiss has not been decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by the Defendants. Among the reasons that Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will prevail on Defendants' motion to dismiss (or in any further stages of the case, including trial), whether they would be able to prevail on a motion for class certification, and whether they will be able to prove that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

    Even if Plaintiffs were to win at trial, and also prevail on any on appeal brought by Defendants, Plaintiffs might not be able to collect some, or all, of any judgment the class is awarded. Moreover, litigation of this type is usually expensive, and it appears that, even if Plaintiffs' allegations are eventually found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

5.  **How do I know if I am part of the Settlement?**
    The Settlement Class consists of those Persons who purchased Verb common stock from January 3, 2018 through May 2, 2018, both dates inclusive.

6. **Are there exceptions to being included?**
Yes. Excluded from the Settlement Class are all: (i) Defendants and all officers and directors of Verb during the Settlement Class Period; (ii) immediate family members of any person excluded under section (i) of this definition; (iii) any entities affiliated with or controlled by any person excluded under sections (i) and (ii) of this definition; (iv) the legal representatives, heirs, successors or assigns of any person excluded under subsections (i) through (iii) of this definition; and (v) Opt-Outs (*i.e.*, persons who file valid and timely requests for exclusion from the Settlement Class).

7. **I am still not sure whether I am included.**
If you are still not sure whether you are included, you can ask for free help.  For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net, or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

8. **What does the Settlement provide?**
   **a.  What is the Settlement Fund?**
   The proposed Settlement provides that Defendants pay $640,000 into a Settlement Fund over twelve (12) months, including an initial payment of $60,000, ten (10) successive monthly payments of $28,000, and a final payment of $300,000 on the first day of month twelve (12). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses to Lead Counsel and any award to the Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed according to the Plan of Allocation to be approved by the Court to Settlement Class Members who submit timely, valid Proofs of Claim.

   **b.  What can you expect to receive under the proposed Settlement?**
   Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold Verb common stock; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amounts awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and to Plaintiffs.

   The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Settlement Class Members pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

   The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that because of the alleged misrepresentations made by Defendants, the price of Verb common stock was artificially inflated during the relevant period and that certain subsequent disclosures caused changes in the inflated price of Verb common stock. Defendants have denied these allegations.

### PROPOSED PLAN OF ALLOCATION

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount that a Settlement Class Member might

-4-

have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than $10.00 in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-sectarian charitable organization selected by Lead Counsel.

### THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on their Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants.

**The Recognized Loss for Verb common stock purchased during the Settlement Class Period will be calculated as follows[1]:**

(A)   For shares purchased or otherwise acquired during the Settlement Class Period <u>and sold during the Settlement Class Period</u>, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

(B)   For shares purchased or otherwise acquired during the Settlement Class Period <u>and sold during the period from May 2, 2018 through July 30, 2018</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing stock price as of date of sale provided in Table B below.

(C)   For shares purchased or otherwise acquired during the Settlement Class Period <u>and retained as of the close of trading on July 30 2018</u>, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus $11.65 per share.[2]

---

[1] All prices are split-adjusted.

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90 day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $11.65 per share was the mean (average) daily closing trading price of the Company's common stock during the 90-day period beginning on May 2, 2018 and ending on July 30, 2018.

-5-

| INFLATION TABLE A | |
|---|---|
| Verb Common Stock Purchased During the Settlement Class Period | |
| **Period** | **Inflation** |
| January 3, 2018 to April 22, 2018, inclusive | $4.91 per share |
| April 23, 2018 | $2.05 per share |
| April 24. 2018 | $1.29 per share |
| April 25. 2018 | $1.07 per share |
| April 26, 2018 | $0.71 per share |
| April 27, 2018 to May 1, 2018, inclusive | $0.27 per share |
| May 2, 2018 and thereafter | $0.00 per share |

| **TABLE B** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 5/2/2018 | $16.20 | $16.20 | | 6/1/2018 | $10.35 | $15.40 | | 7/2/2018 | $9.98 | $12.68 |
| 5/3/2018 | $18.00 | $17.10 | | 6/4/2018 | $10.05 | $15.17 | | 7/3/2018 | $10.80 | $12.62 |
| 5/4/2018 | $21.75 | $18.65 | | 6/5/2018 | $12.96 | $15.08 | | 7/5/2018 | $11.40 | $12.58 |
| 5/7/2018 | $19.50 | $18.86 | | 6/6/2018 | $12.60 | $14.98 | | 7/6/2018 | $9.90 | $12.55 |
| 5/8/2018 | $18.45 | $18.78 | | 6/7/2018 | $11.10 | $14.83 | | 7/9/2018 | $9.60 | $12.50 |
| 5/9/2018 | $18.45 | $18.73 | | 6/8/2018 | $10.50 | $14.67 | | 7/10/2018 | $9.00 | $12.43 |
| 5/10/2018 | $15.75 | $18.30 | | 6/11/2018 | $9.45 | $14.48 | | 7/11/2018 | $8.67 | $12.36 |
| 5/11/2018 | $15.45 | $17.94 | | 6/12/2018 | $10.35 | $14.34 | | 7/12/2018 | $9.15 | $12.29 |
| 5/14/2018 | $14.40 | $17.55 | | 6/13/2018 | $10.50 | $14.21 | | 7/13/2018 | $8.85 | $12.23 |
| 5/15/2018 | $13.50 | $17.15 | | 6/14/2018 | $10.04 | $14.08 | | 7/16/2018 | $10.20 | $12.16 |
| 5/16/2018 | $16.50 | $17.09 | | 6/15/2018 | $9.90 | $13.95 | | 7/17/2018 | $10.65 | $12.13 |
| 5/17/2018 | $19.35 | $17.28 | | 6/18/2018 | $9.38 | $13.82 | | 7/18/2018 | $10.50 | $12.10 |
| 5/18/2018 | $17.55 | $17.30 | | 6/19/2018 | $9.42 | $13.69 | | 7/19/2018 | $8.70 | $12.07 |
| 5/21/2018 | $16.05 | $17.21 | | 6/20/2018 | $8.88 | $13.57 | | 7/20/2018 | $8.40 | $12.01 |
| 5/22/2018 | $14.55 | $17.03 | | 6/21/2018 | $8.99 | $13.44 | | 7/23/2018 | $8.39 | $11.95 |
| 5/23/2018 | $14.84 | $16.89 | | 6/22/2018 | $9.60 | $13.32 | | 7/24/2018 | $8.58 | $11.89 |
| 5/24/2018 | $14.31 | $16.74 | | 6/25/2018 | $8.94 | $13.22 | | 7/25/2018 | $7.82 | $11.83 |
| 5/25/2018 | $13.20 | $16.54 | | 6/26/2018 | $8.22 | $13.11 | | 7/26/2018 | $7.92 | $11.76 |
| 5/29/2018 | $10.86 | $16.25 | | 6/27/2018 | $7.32 | $12.99 | | 7/27/2018 | $8.33 | $11.70 |
| 5/30/2018 | $8.70 | $15.87 | | 6/28/2018 | $9.00 | $12.85 | | 7/30/2018 | $7.85 | $11.65 |
| 5/31/2018 | $11.10 | $15.64 | | 6/29/2018 | $9.30 | $12.76 | | | | |

To the extent a claimant had a trading gain or "broke even" from their overall transactions in the Company's shares during the Settlement Class Period, the value of the Recognized Loss will be zero, and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on their overall transactions in the Company's shares during the Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases and acquisitions of the Company's shares during the time period January 3, 2018 through and including July 30, 2018.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

9. **How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form" ("Proof of Claim"). This Proof of Claim is attached to this Notice. You may also obtain a copy of the Proof of Claim on the Internet or access the online claims filing system at www.strategicclaims.net. Read the instructions carefully, fill out the form, sign it in the location indicated, and submit the Proof of Claim electronically via the online filing system at www.strategicclaims.net or mail the Proof of Claim, together with all documentation requested in the form, postmarked no later than February 4, 2021, to:

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.: 866-274-4004
Fax: 610-565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

10. **What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the January 28, 2021 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase or acquisition of Verb common stock during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as the sole compensation for any losses you suffered in the purchase, acquisition, sale or ownership of Verb common stock during the Settlement Class Period. The specific terms of the release are included in the Stipulation.

11. **How do I exclude myself from the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Hartmann v. Verb Technology Company, Inc., et al.,* No. 2:19-cv-05896-GW-MAA (C.D. Cal.)," and (B) states the date, number of shares and dollar amount of each Verb common stock purchase or acquisition during the Settlement Class Period, and any sale transactions, and (C) the number

-7-

of shares of Verb common stock held by you as of May 2, 2018. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase or acquisition and, if applicable, sale transaction of Verb common stock during the Settlement Class Period, and (ii) demonstrating your status as a beneficial owner of the Verb common stock. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than January 28, 2021, to the Claims Administrator at the following address:

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

**12. If I do not exclude myself, can I sue the Defendants for the same thing later?**
No. Unless you followed the procedure outlined in this Notice and the Court's Preliminary Approval Order to exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13. Do I have a lawyer in this case?**
The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14. How will the lawyers be paid?**
Lead Counsel have expended considerable time litigating this action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed 25% of the Settlement, or $160,000, for reimbursement of reasonable litigation expenses not to exceed $25,000, and awards to Plaintiffs in an amount not to exceed $1,000 each. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15. How do I tell the Court that I object to the Settlement?**
You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an award to Plaintiffs, and that you think the Court should not approve any or all of the foregoing, by mailing a letter stating that you object to the Settlement in the matter of *Hartmann v. Verb Technology Company, Inc., et al.*, No. 2:19-cv-05896-GW-MAA (C.D. Cal.). Be sure to include (1) your name, address, and telephone number; (2) a list of all purchases and sales of Verb common stock during the Settlement Class Period, in order to show membership in the Settlement Class; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies

-8-

of any objections, papers and briefs to **each** of the addresses listed below, to be received no later than January 28, 2021:

| Clerk of the Court<br>United States District Court<br>Central District of California,<br>First Street Federal Courthouse<br>350 W. First Street, Suite 4311<br>Los Angeles, CA 90012 | **LEAD COUNSEL:**<br><br>Jacob A. Goldberg, Esq.<br>THE ROSEN LAW FIRM, P.A.<br>101 Greenwood Avenue<br>Suite 440<br>Jenkintown, PA 19046 | **COUNSEL FOR DEFENDANTS:**<br><br>Steven M. Schatz<br>Catherine E. Moreno<br>WILSON SONSINI<br>GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304 |

16. **What is the difference between objecting and requesting exclusion?**
    Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

17. **When and where will the Court decide whether to approve the Settlement?**
    The Court will hold a Settlement Hearing on February 18, 2021, at 8:30 a.m., at the U.S. District Court, Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 9D, 9th Floor, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court.

    At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide whether to approve the Plan of Allocation, as well as how much to pay Lead Counsel for attorneys' fees and expenses and how much to award to Plaintiffs.

18. **Do I have to come to the hearing?**
    No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

19. **What happens if I do nothing at all?**
    If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Stipulation) ever again.

DATED: OCTOBER 28, 2020

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA

-9-

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  February 4, 2021**

IF YOU PURCHASED VERB TECHNOLOGY COMPANY, INC. ("VERB" OR "COMPANY") COMMON STOCK DURING THE PERIOD JANUARY 3, 2018 THROUGH MAY 2, 2018, INCLUSIVE ("SETTLEMENT CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS.  (EXCLUDED FROM THE CLASS ARE DEFENDANTS, THE PRESENT AND FORMER OFFICERS AND DIRECTORS OF VERB, OR ANY SUBSIDIARY THEREOF, DURING THE SETTLEMENT CLASS PERIOD, THE IMMEDIATE FAMILY MEMBERS, LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS OF SUCH EXCLUDED PERSONS, AND ANY ENTITY AFFILIATED WITH ANY EXCLUDED PERSON OR IN WHICH ANY EXCLUDED PERSON HAS A CONTROLLING INTEREST.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS FORM TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS.

YOU MUST EITHER SUBMIT A COMPLETED PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM') ELECTRONICALLY VIA THE ONLINE FILING SYSTEM AT WWW.STRATEGICCLAIMS.NET OR COMPLETE AND SIGN THIS PROOF OF CLAIM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN FEBRUARY 4, 2021, TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY FEBRUARY 4, 2021 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM, YOU WILL NOT SHARE IN THE SETTLEMENT, BUT YOU NEVERTHELESS WILL BE BOUND BY THE FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

## CLAIMANT'S STATEMENT

1.  I (we) purchased Verb Technology Company, Inc. ("Verb" or "Company") common stock during the Settlement Class Period. (Do not submit this Proof of Claim if you did not purchase Verb common stock during the Settlement Class Period.)

2.  By submitting this Proof of Claim, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above or am (are) acting for such person(s); that I am (we are) not a Defendant(s) in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"); that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund; that I (we) elect to participate in the proposed Settlement; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim.  No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase of Verb common stock during the Settlement Class Period, and each sale, if any, of the same.  I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Verb common stock listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims.  The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss.  In some cases, the Claims Administrator may condition acceptance of the claim upon the production of additional information, including, where applicable, information concerning transactions in any derivative securities, such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates) of each of the "Released Parties" of all "Released Claims."

8.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators,

executors, devisees, legatees, and estates) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" means Verb and Rory J. Cutaia, and each and all of their Related Parties, including all of Verb's current and former officers, directors, and employees.

10. "Released Claims" means and includes any and all Claims and Unknown Claims that have been or could have been asserted by or on behalf of any of the Releasing Parties, in any capacity, which arise out of, are based upon, or relate in any way to the purchase or acquisition of Verb common stock during the Settlement Class Period, including but not limited to any claims alleged in the Action and any claims related to the allegations, transactions, facts, events, matters, occurrences, acts, disclosures, representations, omissions, or any other matter whatsoever involved, set forth, referred to, or otherwise related, directly or indirectly, to the allegations in the Action or the disclosures or statements made by Verb or its officers or directors during the Settlement Class Period (including the adequacy and completeness or such disclosures or statements). Notwithstanding the foregoing, "Released Claims" does not include claims to enforce the terms of the Stipulation or orders or judgments issued by the Court in connection with this Settlement, nor does it include the derivative claims asserted in *Moore v. Verb Technology Company, Inc. et al.*, Case No. 2:19-cv-08393-GW-MAA (C.D. Cal.).

11. "Unknown Claims" means all Claims of every nature and description which Plaintiffs or any Settlement Class Member does not know or suspect to exist in their favor at the time of the release of the Released Parties which, if known by them, might have affected their settlement with and release of the Released Parties, or might have affected their decision not to opt-out or object to this Settlement.

12. With respect to any and all Released Claims, including Unknown Claims, I (we) agree and acknowledge that I (we) shall be deemed to have waived, and by operation of the Final Judgment shall have waived, the provisions, rights, and benefits of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

I (we) agree and acknowledge that I (we) shall be deemed to have waived, and by operation of the Final Judgment shall have waived, any and all provisions, rights and benefits conferred by any law of any state, territory, foreign country or principle of common law, which is similar, comparable or equivalent to California Civil Code § 1542.

I (we) agree and acknowledge that I (we) may hereafter discover facts in addition to or different from those which I (we) now know or believe to be true with respect to the Released Claims, but I (we) agree and acknowledge that, upon the Effective Date as defined in the Stipulation, I (we) shall be deemed to have, and by operation of the Final Judgment shall have, fully, finally and forever settled and released, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of fiduciary duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. I (we) agree and acknowledge that the foregoing waiver was separately bargained for and a key element of the Settlement of which this release is a part.

13. NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. All Claimants MUST submit a manually signed paper Proof of Claim listing all their transactions whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www. strategicclaims.net to obtain the required file layout. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

-12-

VERB TECHNOLOGY

## I. CLAIMANT INFORMATION

| Name: |
|---|
| |

| Address: |
|---|
| |

| City | State | ZIP |
|---|---|---|
| | | |

| Foreign Province | Foreign Country |
|---|---|
| | |

| Day Phone | Evening Phone |
|---|---|
| | |

| Email |
|---|
| |

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|
| | | |

## II.    SCHEDULE OF TRANSACTIONS IN VERB TECHNOLOGY COMPANY, INC. SECURITIES

**Beginning Holdings:**

A.  State the total number of shares of Verb Technology Company, Inc. common stock held at the close of trading on January 2, 2018 (*must be documented).* If none, write "zero" or "0."

**Purchases/Acquisitions:**

B.  Separately list each and every purchase or acquisition of Verb Technology Company, Inc. common stock between January 3, 2018 and July 30, 2018, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

-13-

VERB TECHNOLOGY

**Sales:**

C.  Separately list each and every sale of Verb Technology Company, Inc. common stock between January 3, 2018 and July 30, 2018, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

D.  State the total number of shares of Verb Technology Company, Inc. common stock held at the close of trading on July 30, 2018 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | or | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| | | |

## IV. CERTIFICATION

I (We) submit this Proof of Claim under the terms of the Stipulation of Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Central District of California with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Verb Technology Company, Inc. common stock during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

-14-

VERB TECHNOLOGY

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED NO LATER THAN FEBRUARY 4, 2021  AND MUST BE MAILED TO:**

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

A Proof of Claim  received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by February 4, 2021 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Proof of Claim  shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proofs of Claim and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim.  Please notify the Claims Administrator of any change of address.

-15-

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 M. Jackson St., Ste. 205
Media, PA 19063

**IMPORTANT LEGAL DOCUMENT – PLEASE FORWARD**

## REMINDER CHECKLIST

o  Please be sure to sign this Proof of Claim on page 15.  If this Proof of Claim is submitted on behalf of joint claimants, then both claimants must sign.

o  Please remember to attach supporting documents.  Do NOT send any stock certificates.  Keep copies of everything you submit.

o  Do NOT use highlighter on the Proof of Claim or any supporting documents.

o  If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or to deliver payment to you.

Case 2:19-cv-05896-GW-MAA   Document 80-1   Filed 01/12/21   Page 23 of 26   Page ID #:961

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment. This Notice may affect your legal rights.*

*Please read it carefully*.

Verb Technology Company, Inc.
Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

EXHIBIT B

Case 2:19-cv-05896-GW-MAA   Document 80-1   Filed 01/12/21   Page 24 of 26   Page ID #:962

*Hartmann v. Verb Technology Company, Inc. et al., Case No. 2:19-cv-05896-GW-MAA, (C.D. Cal.)*
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

There has been a proposed Settlement of all claims against Verb Technology Company, Inc. ("Verb") and certain of its officers (collectively, "Defendants"). The Settlement resolves a lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, Defendants misled investors, issuing materially false and misleading statements and causing damages to Settlement Class Members. Defendants deny any wrongdoing.

You received this Notice because you or someone in your family may have purchased Verb common stock between January 3, 2018 and May 2, 2018, inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of Defendants, a fund consisting of $640,000 in cash ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement at www.strategicclaims.net and please request a copy of the NOTICE and PROOF OF CLAIM by contacting the Claims Administrator in any of the following ways: (1) mail: *Verb Technology Company, Inc. Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll-free, (866) 274-4004; (3) Fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. The website also contains a link to the online filing system where you can submit an electronic version of the Proof of Claim. PROOFS OF CLAIM ARE DUE BY FEBRUARY 4, 2021 TO VERB TECHNOLOGY COMPANY, INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063 OR SUBMITTED ELECTRONICALLY THROUGH THE ONLINE FILING SYSTEM AT WWW.STRATEGICCLAIMS.NET. If you do not want to be legally bound by the Settlement, you must exclude yourself by January 28, 2021, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by January 28, 2021. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on February 18, 2021 at 8:30 a.m. at the First Street Federal Courthouse, 350 W. First Street, Courtroom 9D, 9th Floor, Los Angeles, CA, 90012, or via telephonic or videoconference means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, and a request by the lawyers representing all Settlement Class Members for up to 25% of the Settlement Fund in attorneys' fees, plus actual expenses, for litigating the case and negotiating the Settlement. You may attend the hearing and ask to be heard by the Court, but you don't have to. For more information, call toll-free (866) 274-4004, or visit the website, www.strategicclaims.net.

EXHIBIT C

## REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS

STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net    FAX: (610) 565-7985

November 11, 2020

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED COMMON STOCK OF VERB TECHNOLOGY COMPANY, INC. ("VERB" OR "COMPANY") DURING THE PERIOD FROM JANUARY 3, 2018 TO MAY 2, 2018, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are all: (i) Defendants and all officers and directors or Verb during the Settlement Class Period; (ii) immediate family members of any person excluded under section (i) of this definition; (iii) any entities affiliated with or controlled by any person excluded under sections (i) and (ii) of this definition; (iv) the legal representatives, heirs, successors or assigns of any person excluded under subsections (i) through (iii) of this definition.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Verb Technology Company, Inc. Securities Litigation*<br>No. 2:19-cv-05896-GW-MAA<br>No. 2:19-cv-06944-GW-MAA<br>Objection Deadline: January 28, 2021<br>Exclusion Deadline: January 28, 2021<br>Claim Filing Deadline: February 4, 2021<br>Settlement Hearing: February 18, 2021 | Cusip Numbers: 65342D101 & 92337U104 |

### PER COURT ORDER, PLEASE RESPOND WITHIN10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the postcards you have ten (10) calendar days to mail them; or
4. Request a copy of the Notice in electronic format and advise us that you will email the notice to your beneficial purchasers/owners.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per email if you email the notice** OR
- **$0.05 per name and address or email address** if you are providing us the records OR
- **$0.05 per name and address, including materials, plus postage at the current postcard rate if** you are requesting postcards and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of this legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim Form and Release form. All important documents are available on our website at www.strategicclaims.net. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Verb Technology Company, Inc. Securities Litigation

# EXHIBIT D

**Sarah Evans**

---

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Wednesday, November 11, 2020 5:00 PM |
| **To:** | sevans@strategicclaims.net |
| **Cc:** | sevans@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

**The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Common Stock of Verb Technology Company, Inc. – VERB**

*Cross time: **11/11/20 05:00 PM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

---

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us