# EXHIBIT 3

Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jacob A. Goldberg (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
          jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-05896-GW-MAA<br><br>CLASS ACTION<br><br>**DECLARATION OF J. LEISTER** |

1

DECLARATION OF J. LEISTER

BUMJIN KIM, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,

Defendants.

No. 2:19-cv-06944-GW-MAA

CLASS ACTION

2

Pursuant to 28 U.S.C. §1746, J. Leister declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1. I hereby submit this declaration in support of: (1) Plaintiffs' motion for final approval of class action settlement; (2) Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses; and (3) my application for reimbursement of time spent directly related to my representation of the Settlement Class. I intend nothing in this Declaration to constitute a waiver of attorney-client privilege or the work product doctrine.

2. I am the Lead Plaintiff in the above-captioned action. I seek to be a Class Repressive of the Settlement Class. Alexander Wolfson is the other named Plaintiff in the above-captioned action.

3. I reside in the state of New York.

4. Pursuant to my obligation as Lead Plaintiff, through my lawyers, I participated in settlement negotiations. My lawyers conferred with me in advance of their negotiations with counsel for Defendants, informing me promptly of the progress of those settlement negotiations. After consulting with my lawyers and considering the risks and expense of continued litigation and the Company's financial situation, on behalf of myself and the Settlement Class, I approved the Settlement of this case for $640,000. I believe this is a fair and adequate result, considering the strengths of the case in light of the risks and expense of continued litigation.

5. As the Lead Plaintiff and proposed class representative for settlement purposes, I participated in each phase of the litigation, conferring with my counsel about substance and procedure and remaining abreast of developments in this case and news concerning Verb Technology Company, Inc. I satisfied my obligations as Lead Plaintiff by:

a. Reading and discussing the pleadings with my counsel, including the initial complaint and the operative Consolidated Amended

3

DECLARATION OF J. LEISTER

Complaint for Violation of the Federal Securities Laws;

b.    Reviewing and discussing the lead plaintiff motion with my counsel;

c.    Reviewing and discussing Defendants' motion to dismiss and Plaintiffs' opposition with my counsel;

d.    Reviewing Verb's current releases and financial statements and participating in settlement negotiations with my counsel and approving the proposed Settlement in principle reached in September 2020; and

e.    Reviewing the settlement documents.

6.    I estimate that I spent over 30 hours on these tasks.

7.    I am a doctor of molecular biochemistry, currently working as a consultant. My standard rate is $300 per hour.

8.    I understand Lead Counsel will seek an award of attorneys' fees in the amount of 25% of the Settlement Amount. I support Lead Counsel's request for attorneys' fees.

9.    I also support Lead Counsel's request for reimbursement of litigation expenses.

10.    In sum, I respectfully request that the court approve the Settlement; reimburse me for the time I spent on this case and representing the Class; and approve Lead Counsel's request for attorneys' fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/12/2021___

_____
J. Leister — F39F0C4728E5488...

DocuSigned by:

4

DECLARATION OF J. LEISTER