# EXHIBIT 4

Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jacob A. Goldberg (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
        jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-05896-GW-MAA<br><br>CLASS ACTION<br><br>**DECLARATION OF ALEXANDER WOLFSON** |

1

DECLARATION OF ALEXANDER WOLFSON

DocuSign Envelope ID: 247388BB-F4E2-422D-B8EE-CD8CEB87F83F

| | |
|---|---|
| BUMJIN KIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>     v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>       Defendants. | No. 2:19-cv-06944-GW-MAA<br><br>CLASS ACTION |

2

DECLARATION OF ALEXANDER WOLFSON

Pursuant to 28 U.S.C. §1746, Alexander Wolfson declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.      I hereby submit this declaration in support of: (1) Plaintiffs' motion for final approval of class action settlement; (2) Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses; and (3) my application for reimbursement of time spent directly related to my representation of the Settlement Class. I intend nothing in this Declaration to constitute a waiver of attorney-client privilege or the work product doctrine.

2.      I am a Named Plaintiff in the above-captioned action. I seek to be a Class Repressive of the Settlement Class. J. Leister is the Lead Plaintiff in the above-captioned action.

3.      I reside in the state of New Jersey.

4.      I understand that Plaintiffs have settled this case for $640,000. I believe this is a fair and adequate result considering the strengths of the case in light of the risks and expense of continued litigation.

5.      After joining this action as a named Plaintiff and proposed class representative for settlement purposes, I participated in each phase of the litigation, conferring with my counsel about substance and procedure and remaining abreast of developments in this case and news concerning Verb Technology Company, Inc. I dedicated significant time on this case by:

      a.      Reading and discussing the pleadings with my counsel, including the initial complaint and the operative Consolidated Amended Complaint for Violation of the Federal Securities Laws;

      b.      Reviewing and discussing Defendants' motion to dismiss and Plaintiffs' opposition with my counsel;

      c.      Reviewing Verb's ongoing news releases and financial statements and reviewing the proposed Settlement in principle reached in

September 2020; and

      d.     Reviewing the settlement documents.

6.     I estimate that I spent about 12 hours on these tasks.

7.     I am a physician anesthesiologist. My standard rate is $350 per hour.

8.     I understand Lead Counsel will seek an award of attorneys' fees in the amount of 25% of the Settlement Amount. I support Lead Counsel's request for attorneys' fees.

9.     I also support Lead Counsel's request for reimbursement of litigation expenses.

10.    In sum, I respectfully request that the court approve the Settlement; reimburse me for the time I spent on this case and representing the Class; and approve Lead Counsel's request for attorneys' fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

Executed on    1/11/2021                 a. Wolfson

Alexander Wolfson
29A492CA2C23406...

4

DECLARATION OF ALEXANDER WOLFSON