Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jacob A. Goldberg (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
         jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-05896-GW-MAA<br><br>CLASS ACTION<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES, AND RELATED RELIEF**<br><br>Date: February 18, 2021<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

1

BUMJIN KIM, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,

Defendants.

No. 2:19-cv-06944-GW-MAA

CLASS ACTION

2

Lead Plaintiff J. Leister and Named Plaintiff Alexander Wolfson ("Plaintiffs") submit this reply memorandum in further support of their unopposed motions for (1) final approval of the Settlement and Plan of Allocation, and final certification of the Settlement Class; and (2) an award of attorneys' fees of 25% of the Settlement, or $160,000, reimbursement of expenses in the amount of $17,264.10, and awards to Plaintiffs of $1,000 each, or $2,000 total.[1]

## I.    The Claims Administrator Provided Notice of the Settlement to Thousands of Potential Settlement Class Members

The Claims Administrator, Strategic Claims Services ("SCS"), mailed 2,668 Postcard Notices to potential Settlement Class Members. Supplemental Declaration of Sara Evans Concerning: (A) Mailing and Emailing of Notice; (B) Requests for Exclusion Submitted and (C) Objections Received ("Supplemental Evans Decl.") ¶3.[2] Three nominees also informed SCS that they had emailed 4,701 of their customers to notify them of the Settlement, including direct links to the Notice and Claim Form on the settlement website. *Id.* ¶4. SCS also sent five additional emails to potential Settlement Class Members, for a total of 4,706 email notices sent. *Id.*

SCS also disseminated the Summary Notice electronically over *Globe Newswire*. Dkt. No. 80-1 ¶9. On November 11, 2020, SCS established a website dedicated to the Settlement which included the online claim filing link and important documents including the Long Notice, Claim Form, Preliminary Approval Order, and Stipulation. Evans Supplemental Decl. ¶8. The website has received nearly 3,000 page views to date. *Id.* SCS has also maintained a toll-free telephone number for potential Settlement Class Members. *Id.* ¶7.

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Stipulation of Settlement dated September 17, 2020 ("Settlement" or "Stipulation") (Dkt. No. 66-3).

[2] Plaintiffs attach the Supplemental Evans Decl. hereto as Exhibit A.

3

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND AWARD OF ATTORNEYS' FEES

In addition, given the number of shares outstanding during the class period, Plaintiffs initially sought up to $200,000 for notice and administration expenses. The Court limited those expenses to $100,000, without the need to seek court approval for additional sums. To reduce costs, Plaintiffs requested the ability to transmit postcard notice or Long Form Notice by email. The Court approved. According to the administrator, transmitting notice in these ways saved material administration costs. Supplemental Evans Decl. at ¶6. With these savings and considering the number of notices SCS distributed, SCS now anticipates that total administrative fees and expenses will not exceed $90,000. *Id.*

The February 4, 2021 claims filing deadline and the January 28, 2021 deadline for objections and exclusions has passed. To date, there have been no requests for exclusion from the Settlement nor any objections to the Settlement. *Id.* ¶¶9-10.

## II.     The Reaction of the Settlement Class Supports Final Approval

### A.     The Lack of Objections or Requests for Exclusion Support Final Approval of the Settlement

The absence of any objections to the Settlement or Plan of Allocation supports their approval. *Nat'l Rural Telecomm'cns Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (finally approving settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement."); *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) (finally approving settlement, awarding attorneys' fees, finding absence of objections "raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members"). Likewise, the absence of any requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement and supports final approval. *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998) (affirming final approval of settlement, noting "that the overwhelming majority of the

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND AWARD OF ATTORNEYS' FEES

class … stayed in the class presents at least some objective positive commentary as to its fairness."), *overruled on other grounds by Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011); *see also In re Mego Fin. Corp. Sec. Litig.*, 213 F.3d 454, 459 (9th Cir. 2000) (affirming district court's final approval of settlement, finding that there was only one opt-out supported the district court's approval of settlement).

At Plaintiffs' Counsel's direction, the Claims Administrator carried out a thorough notice program in accordance with the Court's Preliminary Approval Order, notifying thousands of potential Settlement Class Members of the pending Settlement. Not a single investor objected to the Settlement or requested exclusion from it. The lack of objections or requests for exclusion further supports final approval.

**B.    The Lack of Objections or Requests for Exclusion Support Awarding the Requested Attorneys' Fees and Expenses and Awards to Plaintiffs**

A lack of objections to fee and expense requests also supports the appropriateness of the award. *See, e.g., In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("The lack of objection from any Class Member supports the attorneys' fees award"). Here, not a single Settlement Class Member has objected to Lead Counsel's requests for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs. Accordingly, the Settlement Class's reaction strongly supports the fairness and reasonableness of these requests.

**III.    CONCLUSION**

For the foregoing reasons, and those set forth in Plaintiffs' opening memoranda, the Court should grant Plaintiffs' motions for final approval of the Settlement and Plan of Allocation and for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs.

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND AWARD OF ATTORNEYS' FEES

Dated: February 11, 2021

**THE ROSEN LAW FIRM, P.A.**

*/s/ Jacob A. Goldberg*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Jacob A. Goldberg (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
          jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND AWARD OF ATTORNEYS' FEES

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I electronically filed the foregoing Reply Memorandum of Points and Authorities in Support of Unopposed Motions for Final Approval of Settlement, Award of Attorneys' Fees, and Related Relief with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg

REPLY MEMORANDUM IN SUPPORT OF MOTIONS
FOR FINAL APPROVAL AND AWARD OF ATTORNEYS' FEES