UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-05896-GW-MAA<br><br>CLASS ACTION |
| BUMJIN KIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-06944-GW-MAA<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS CONCERNING (A) MAILING AND EMAILING OF NOTICE; (B) REQUESTS FOR EXCLUSION SUBMITTED AND (C) OBJECTIONS RECEIVED**

I, Sarah Evans, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over seven years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four hundred twenty-five (425) class action cases since its inception. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

1

Supplemental Declaration of Sarah Evans – No. 2:19-cv-05896-GW-MAA

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Preliminary Approval Order, SCS was appointed and approved as Claims Administrator to supervise and administer the notice procedure and processing of claims in connection with the Settlement in the above-captioned Action[1].

3.      As noted in the Declaration of Sarah Evans Concerning (A) Mailing and Emailing of Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated January 12, 2021 (the "Evans Declaration"), SCS had mailed 2,426 Postcard Notices[2] to potential Settlement Class Members or nominees.  Since the Evans Declaration was filed, SCS has mailed an additional 242 Postcard Notices. To date, a total of 2,668 Postcard Notices have been requested by, and mailed to, potential Settlement Class Members or nominees.

4.      Additionally, as noted in the Evans Declaration, SCS was notified by three nominees that they emailed 4,701 of their customers to notify them of this settlement and provided direct links to the Notice and Claim Form on the Settlement website at www.strategicclaims.net. Since the Evans Declaration was filed, SCS has sent 5 additional emails to potential Settlement Class Members with direct links to the Notice and Claim Form. A total of 4,706 email notices have been sent to date.

5.      Out of the 2,668 Postcard Notices mailed, 62 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 6, and SCS immediately mailed another Postcard Notice to the potential Settlement Class Members at the updated addresses.  The remaining 56 Postcard Notices returned as undeliverable were "skip-traced" to

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of September 17, 2020 (ECF No. 66-3, the "Stipulation").

[2] To date, out of the 2,668 Postcard Notices mailed, SCS has received 8 requests from the potential Settlement Class Members to mail them the Notice and Claim Form. Of these 8 requests, 6 were received after the filing of the filing of the Evans Declaration.

Supplemental Declaration of Sarah Evans – No. 2:19-cv-05896-GW-MAA

obtain updated addresses; 30 updated addresses were located, and Postcard Notices were re-mailed to the updated addresses.

6.      By reason of the Court granting Postcard and email notice, there has been material savings in administration costs.  SCS is anticipating total administrative fees and expenses to be less than $90,000.

## UPDATE ON TOLL-FREE PHONE LINE

7.      The Evans Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

## UPDATE ON WEBSITE

8.      On November 11, 2020, SCS established a page on its website at www.strategicclaims.net.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and important documents. To date, the webpage has received 2,905 pageviews from 1,533 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

9.      The Notice, the Postcard Notice, the Summary Notice, and the webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they would be received no later than January 28, 2021.  SCS has been monitoring all mail delivered for this case.  To date, SCS has not received any exclusion requests.

10.      According to the Notice, the Postcard Notice, Summary Notice, and the webpage, Settlement Class Members seeking to object to the Settlement, the Plan of Allocation, and/or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to

Plaintiffs were required to submit their objection in writing such that the request was received by Lead Counsel and Counsel for Defendants, as well as filed with the Court, no later than January 28, 2021.  As of the date of this Declaration, SCS has neither received any objections nor been notified that Lead Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of February 2021, in Media, Pennsylvania.

_____
Sarah Evans

Supplemental Declaration of Sarah Evans – No. 2:19-cv-05896-GW-MAA