UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-5896-GW-MAAx | Date | April 22, 2021 |
|---|---|---|---|
| Title | *Scott C. Hartmann v. Verb Technology Company, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jacob A. Goldberg | Steven M. Schatz |
| Joshua Baker | |

**PROCEEDINGS:   TELEPHONIC CONFERENCE**

Court and counsel confer. Based on the Order and Final Judgment [87], and for reasons stated on the record, this action is now closed with the Court to retain jurisdiction to enforce the judgment if necessary.

| | : | 02 |
|---|---|---|
| | Initials of Preparer | JG |