UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-05896-GW-MAA<br><br>CLASS ACTION |
| BUMJIN KIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-06944-GW-MAA<br><br>CLASS ACTION |

**DECLARATION OF SARAH EVANS**
**CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS**

I, Sarah Evans, declare:

1. I submit this declaration in order to provide the Court and the parties involved in the above-captioned litigation with information regarding the results of the claims administration process that Strategic Claims Services ("SCS") has provided in connection with the administration of the settlement. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

1

2.      I am a Project Manager of SCS, a nationally recognized class action administration firm.  I have over seven years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred and twenty-five (425) class action cases since its inception.

3.      SCS was appointed and approved as Claims Administrator to supervise and administer the notice procedure and processing of claims in connection with the Settlement of this Action.  The services SCS has provided and will continue to provide include: (a) printing and mailing the Postcard Notice; (b) emailing direct links to the Notice and Claim Form to potential Settlement Class Members for whom SCS could obtain email addresses; (c) updating the website, www.strategicclaims.net, with a page for this Settlement that includes case information, important documents, and an online claims filing system; (d) supplying the Notice and Claim Form to Settlement Class Members upon request; (e) notifying brokerage firms and other nominee accounts of the appropriate manner to provide individual notice to Settlement Class Members, both individually and on a published basis; (f) tracking requests for exclusion; (g) tracking returned Postcard Notices, and forwarding new Postcard Notices if updated addresses were provided by the U.S.P.S. or obtained via skip tracing; (h) distributing, accepting and processing Claim Forms filed by Settlement Class Members; (i) reviewing submitted Claim Forms for accuracy and completeness and to ensure that they are supported by sufficient documentary evidence; (j) providing notice to claimants whose claims are deficient or rejected, when appropriate; (k) creating the calculation program and calculating recognized losses of the Settlement Class, on both an individual and a Class-wide basis; (l) mailing checks to Settlement Class Members who filed valid claims; and (m) all other services necessary to administer this securities litigation class action ("Settlement").

2

4.      There have been 234 Claim Forms (hereafter referred to as "claims") submitted in connection with this settlement.[1]  SCS has carefully reviewed, analyzed, and processed all of these claims and has responded to all claimant inquiries regarding the action, the Settlement, and the procedures for filling out the Proof of Claim and Release Forms.  SCS has also been in close contact with Lead Counsel to review the administration process.  SCS's Report of Settlement Administrator is annexed hereto as **Exhibit A** and described below.

5.      The annexed Report of Settlement Administrator sets forth the final status of claims submitted to SCS as follows:

a.      PROPERLY DOCUMENTED CLAIMS:  SCS  has  identified  113 properly documented valid claims.  Of the 113 valid claims, 109 are timely, and 4 were postmarked (if mailed) or received after the February 4, 2021 deadline to submit claims, but on or before February 18, 2021 ("Late Claims"). These 113 valid claims were calculated in the manner set forth in the Court-approved Plan of Allocation, included in the Notice. The annexed **Exhibit B-1** is a spreadsheet of the 109 properly documented and timely submitted claims, and the annexed **Exhibit B-2** is a spreadsheet of the 4 properly documented Late Claims. Based on the Recognized Losses, the percentage of the Net Settlement Fund that will be paid to the 109 properly documented, timely claims and 4 Late Claims ("Authorized Claimants") is detailed in Exhibit B-1 and Exhibit B-2.

b.      INADEQUATELY DOCUMENTED CLAIMS:  SCS initially identified 46 inadequately documented claims. SCS mailed inadequacy notices to each of these claimants, advising them of the nature of their inadequacy and providing them an

---

[1] SCS has not processed any claims filed after February 18, 2021 or any responses to rejection notices received after May 26, 2021, due to extreme lateness and because their inclusion would have delayed the finalization of the administration.

opportunity to cure. A sample inadequacy notice is annexed hereto as **Exhibit C**. Among these 46 deficient claims, 20 have successfully cured and are considered valid. The remaining 26 inadequate claimants either did not respond to the inadequacy notice or responded with insufficient documentation and were sent a rejection notice setting forth the reason for their inadequacy. See **Exhibit D** for a list of the inadequate, rejected claimants. To date, one of the inadequate claimants has objected to or contested this determination, as detailed below.

i.    In close consultation with Lead Counsel, SCS has determined that Claim #52 is ineligible due to insufficient documentation. Nine months after the Settlement Class Period, nFusz underwent a name change to Verb Technology Company, Inc. effective February 4, 2019, at which time the stock simultaneously underwent a 1 for 15 reverse stock split. The documents submitted to substantiate claim #52 are purportedly from 2018, during or just after the Class Period but before the name change and reverse stock split. The documents, however, reflect the post split amounts that did not exist in 2018. Even as the documents seem contemporaneous, they reflect that they were prepared after the split. Additionally, with over 20 years administering hundreds of securities class action settlements, SCS is well familiar with Bank of Montreal ("BMO") Investorline documentation. The purported BMO Investorline documentation submitted for claim #52 is inconsistent with other monthly account statements SCS has received for BMO Investorline accounts in other cases, as it does not have an appropriate BMO legend and does not include all of the data typically provided on a BMO Investorline monthly account statement. The documents bear a BMO retail bank branch hand

4

stamp. A representative at Bank of Montreal informed SCS that Investorline accounts are self-directed by the clients, and that there are not financial advisors overseeing the trading for Investorline accounts. Given the abnormal presentation and the substantively incorrect, contemporaneous trading prices, SCS recommends that claim #52 be rejected. A copy of claim #52, the deficiency notice, the documentation submitted, and communications between the claimant and SCS is included as **Exhibit E** hereto.

    c.    INELIGIBLE CLAIMS: In addition to the 26 claims discussed above in paragraph b, SCS has identified 95 claims which we recommend for complete rejection. Included in this category are: (i) claims with no Recognized Losses; (ii) claims with shares purchased outside of the Settlement Class Period; (iii) duplicate claims; (iv) claims with shares sold short; (v) claims filed with shares that were received or transferred into an account, but not purchased; and (vi) claims that were for securities other than Verb Technology Inc. common stock. See **Exhibit F** for a list of these ineligible claims. We have communicated with these 95 claimants and advised them of our determination. A sample ineligibility notice is annexed hereto as **Exhibit G**. To date, none of these ineligible claimants has contested their determination.

6.    In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after February 18, 2021, and any responses to deficiency and/or rejection notices received after May 26, 2021.

7.    Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following distribution plan:

(a)      Per the Plan of Allocation, each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all 113 Authorized Claimants (i.e. "*pro-rata* share"). No distribution will be made on a claim where the potential distribution amount is less than $10.00 in cash.

(b)      In order to encourage Authorized Claimants to cash their distribution checks promptly, and to avoid or reduce future expenses relating to unpaid distribution checks, all checks should bear the notation, "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Similarly, all other checks issued in connection with subsequent distributions shall bear the same notation.

(c)      If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants and who would receive at least a $10.00 payment; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.  If six (6) months after such second distribution, if undertaken, or if

such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-sectarian charitable organization selected by Lead Counsel.

(d)    Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement unless good cause is shown. The funds allocated to all such stale-dated checks will be available for re-distribution to other Authorized Claimants in subsequent distributions, if such distributions are determined to be economically feasible.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of May 2021, in Media, Pennsylvania.

_____
  Sarah Evans

7

**EXHIBIT A**

## REPORT OF THE CLAIMS ADMINISTRATOR

## VERB TECHNOLOGY COMPANY, INC.
## SECURITIES LITIGATION

TOTAL # OF CLAIMS ............................................................................... 234

TOTAL # OF APPROVED VALID CLAIMS................................................. 113

TOTAL # OF REJECTED CLAIMS............................................................. 121

        NO RECOGNIZED LOSSES.............................................64
        INSUFFICIENT DOCUMENTATION.............................26
        PURCHASED OUTSIDE OF CLASS PERIOD ..............22
        DUPLICATE CLAIM .......................................................5
        SHARES SOLD SHORT....................................................2
        SHARES NOT PURCHASED ...........................................1
        WRONG STOCK ..............................................................1

        TOTAL .........................................................................121

**EXHIBIT B-1**

**Timely, Properly Documented Claims**

| Claim Number | Pro-Rata Share |
|---|---|
| 3 | 0.0326% |
| 5 | 0.0025% |
| 6 | 0.0158% |
| 12 | 0.6174% |
| 19 | 0.0134% |
| 35 | 0.0007% |
| 42 | 0.2671% |
| 43 | 1.3354% |
| 44 | 0.1335% |
| 47 | 0.2583% |
| 60 | 0.4747% |
| 62 | 0.0001% |
| 63 | 0.0174% |
| 65 | 0.0164% |
| 66 | 0.7674% |
| 68 | 0.6005% |
| 74 | 3.2335% |
| 75 | 0.0134% |
| 76 | 1.6253% |
| 77 | 0.0333% |
| 83 | 0.0364% |
| 84 | 0.1120% |
| 87 | 0.0386% |
| 88 | 0.0275% |
| 89 | 0.0401% |
| 91 | 0.1469% |
| 92 | 0.3338% |
| 93 | 0.1159% |
| 99 | 0.0877% |
| 100 | 0.1362% |
| 101 | 0.3085% |
| 102 | 0.2404% |
| 103 | 0.9338% |
| 104 | 2.2429% |
| 106 | 0.0401% |
| 107 | 0.2938% |
| 108 | 0.8845% |
| 110 | 4.3859% |

| | |
|---|---|
| 111 | 0.4569% |
| 113 | 1.3647% |
| 115 | 0.0035% |
| 116 | 0.0516% |
| 117 | 3.0216% |
| 118 | 0.1736% |
| 119 | 0.3868% |
| 120 | 0.0182% |
| 122 | 0.2404% |
| 123 | 0.2404% |
| 126 | 0.0668% |
| 129 | 0.0039% |
| 131 | 0.4407% |
| 132 | 0.0668% |
| 133 | 1.8932% |
| 134 | 0.0294% |
| 137 | 0.4441% |
| 138 | 0.7549% |
| 141 | 0.4631% |
| 142 | 0.0110% |
| 143 | 0.0105% |
| 147 | 0.2955% |
| 149 | 0.2415% |
| 150 | 1.2712% |
| 151 | 0.1870% |
| 152 | 0.0125% |
| 154 | 0.4174% |
| 155 | 1.6527% |
| 159 | 0.2771% |
| 160 | 0.0110% |
| 164 | 1.3967% |
| 165 | 0.0531% |
| 167 | 0.1335% |
| 170 | 0.5097% |
| 171 | 0.0961% |
| 173 | 0.1993% |
| 175 | 1.1042% |
| 176 | 0.2103% |
| 177 | 0.0184% |
| 178 | 0.1837% |
| 179 | 0.6009% |

**EXHIBIT B-1**

| | |
|---|---|
| 180 | 0.5394% |
| 181 | 0.3283% |
| 182 | 1.3354% |
| 183 | 0.0801% |
| 187 | 0.0667% |
| 188 | 0.3555% |
| 190 | 0.1082% |
| 191 | 0.0820% |
| 192 | 0.6551% |
| 195 | 0.5074% |
| 196 | 0.0267% |
| 198 | 0.0548% |
| 203 | 1.2758% |
| 204 | 0.0070% |
| 205 | 0.2108% |
| 207 | 1.2206% |
| 211 | 0.0165% |
| 212 | 0.9353% |
| 214 | 13.4778% |
| 216 | 5.9997% |
| 217 | 0.4216% |
| 219 | 0.0066% |
| 222 | 0.6403% |
| 223 | 3.3828% |
| 226 | 0.4536% |
| 229 | 0.1355% |
| 231 | 0.8012% |
| 232 | 0.2744% |
| 233 | 0.0334% |
| 234 | 0.0454% |

**Total Timely, Properly Documented Claims:**          **109**

**EXHIBIT B-2**

**Late, Properly Documented Claims**

| Claim Number | Pro-Rata Share |
|---|---|
| 51 | 0.3616% |
| 56 | 26.6535% |
| 59 | 0.0431% |
| 86 | 0.5867% |

**Total Late, Properly Documented Claims:**          **4**

EXHIBIT C

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

# DEFICIENCY NOTICE

**CONTROL#:**   49

**March 4, 2021**

**AcctNum**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
| --- | --- |
| Documentation* was not provided. In order to process your claim we require: (1) any transactions of Verb Technology Company, Inc. ("Verb") (formerly known as nFusz, Inc.) common stock during the period from January 3, 2018 through July 30, 2018, inclusive; (2) proof of holdings of Verb common stock at the close of trading on January 2, 2018; and (3) proof of holdings of Verb common stock at the close of trading on July 30, 2018. | 3048105 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within ten (10) business days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Verb Technology Company, Inc. ("Verb") (formerly known as nFusz, Inc.) common stock during the period from January 3, 2018 through July 30, 2018, inclusive; (2) proof of holdings of Verb common stock at the close of trading on January 2, 2018; and (3) proof of holdings of Verb common stock at the close of trading on July 30, 2018.

**EXHIBIT D**

**Inadequately Documented Claims**

| Claim Number | Reason for Rejection |
|---|---|
| 49 | Insufficient Documentation |
| 52 | Insufficient Documentation |
| 53 | Insufficient Documentation |
| 55 | Insufficient Documentation |
| 57 | Insufficient Documentation |
| 58 | Insufficient Documentation |
| 67 | Insufficient Documentation |
| 70 | Insufficient Documentation |
| 71 | Insufficient Documentation |
| 72 | Insufficient Documentation |
| 79 | Insufficient Documentation |
| 81 | Insufficient Documentation |
| 82 | Insufficient Documentation |
| 95 | Insufficient Documentation |
| 112 | Insufficient Documentation |
| 114 | Insufficient Documentation |
| 125 | Insufficient Documentation |
| 130 | Insufficient Documentation |
| 136 | Insufficient Documentation |
| 153 | Insufficient Documentation |
| 193 | Insufficient Documentation |
| 197 | Insufficient Documentation |
| 199 | Insufficient Documentation |
| 201 | Insufficient Documentation |
| 206 | Insufficient Documentation |
| 224 | Insufficient Documentation |

**Total Inadequately Documented Claims:    26**

EXHIBIT E

52                                                                VERB TECH

## Claimant Information

GODFREY MENDES                          Phone:
                                        Phone:
                                        Email:
                                        SSN/TaxID:
                                        Date Submitted: 2021-02-13 23:40:30
                                        SubmissionTieBack: GCGC8WG

## Transaction Information

Beginning Balance: 50000

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |
| 4/20/2018 | 105000 | 4299750 | 5/11/2018 | 205000 | 2867950 |
| 4/24/2018 | 75000 | 2565000 | | | |

Ending Balance: 25000

## Documentation List

46-f46bd498a560ff1f4c72cc61a54b4fe0\2021\02\Statement_484M91_Apr-2018.pdf

**TD Direct Investing**

# Your investment account statement

April 1, 2018 to April 30, 2018

MR. GODFREY MENDES

Account number:
Account type: Direct Trading - CDN
Account currency: Canadian dollars

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**Value of your account on Apr 30, 2018**

**$38,095.38**

ⓘ **You need to know**

Please see **page 2** for important information about your account.

| | This period (Apr 1 - Apr 30, 2018) | Last period (Mar 1 - Mar 31, 2018) | Year to date (Jan 1 - Apr 30, 2018) | Since Jul 13, 2016 (Jul 13, 2016 - Apr 30, 2018) |
|---|---|---|---|---|
| Beginning balance | $42,980.38 | $45,178.63 | $32,690.51 | $0.00 |
| Deposits or contributions | $0.00 | $0.00 | $40,500.00 | $67,557.00 |
| Withdrawals | $0.00 | $0.00 | -$100.00 | -$100.00 |
| Change in value of your account | -$4,885.00 | -$2,198.25 | -$34,995.13 | -$29,361.62 |
| **Ending balance** | **$38,095.38** | **$42,980.38** | **$38,095.38** | **$38,095.38** |

▸ Please refer to the definitions section for more information on what is included in the deposits, contributions, and withdrawals lines in the above summary.

## How your account has performed

Your account has changed in value by -$29,361.62 since Jul 13, 2016.



— Market value of your account: $38,095.38
— Your invested capital (deposits less withdrawals): $67,457.00

Your invested capital is calculated based on the deposits less withdrawals of cash and/or securities. Deposits or withdrawals of securities into your account use the closing market value of each security to calculate the value of the contribution or withdrawal taking into account any applicable fees or charges. It does not include interest earned or reinvested distributions. Invested capital can appear as a negative number if the market value of your withdrawals is greater than the market value of your deposits.

## Your personal rates of return as of Apr 30, 2018

| For the last 12 months (%) | Since Jul 13, 2016 (%) |
|---|---|
| **-83.12** | **-83.15** |

Personal rate of return reflects the total percentage return earned on the investments held in your account. Total percentage return means the cumulative realized and unrealized capital gains and losses of an investment, plus income from the investment, over a specified period of time, expressed as a percentage.

Personal rate of return is calculated using a money-weighted methodology. Unlike alternative rate of return methodologies, it takes into account any deposits or withdrawals you have made, and the performance outcomes of your investments over a specified time period, net of fees and charges paid directly by this account. Rates of return are provided on an annualized basis except for any returns reflective of a period of less than one year.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund. ® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.

◈ IIROC | Regulated by Investment Industry Regulatory Organization of Canada

**TD**

Account number:
Account type: Direct Trading - CDN
Your investment account statement: Apr 30, 2018

# Holdings in your account
on April 30, 2018

| Description | Quantity or par value ($) | Price ($) | Book value ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | -7.62 | -7.62 | 0.00 | -0.02% |
| **COMMON SHARES** | | | | | | |
| SUPREME CANNABIS CO INC (**FIRE**) | 24,421 SEG | 1.560 | 76,935.75 | 38,096.76 | -38,838.99 | 100.00% |
| SUPREME CANNABIS CO INC (**FIRE**) | 4 | 1.560 | 12.61 | 6.24 | -6.37 | 0.02% |
| **Total Portfolio** | | | **$76,940.74** | **$38,095.38** | | **100.00%** |

## Definitions

### An explanation of terms shown in the tables above

**Book value** is the position cost, which is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations for long positions and the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions for short positions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book value from market value.

**Deposits or contributions** can include any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers-out of your account.

**Withdrawals** can include any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

# Details of investment income

| Earnings/Expenses | This period (Apr 1 - Apr 30, 2018) | Year to date (Jan 1 - Apr 30, 2018) |
|---|---|---|
| Interest | 0.00 | -32.45 |
| **Total** | **$0.00** | **-$32.45** |

## ⓘ Important information about your account

Please note – beginning this year, the "Details of fees and charges" summary will be available annually on your December account statement.

Account number:
Account type: Direct Trading - CDN
Your investment account statement: Apr 30, 2018

# Disclosures

**Important Information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book value shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

**Limits on Investment Coverage**

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. Money transferred from your bank account to a TD Direct Investing account is not eligible for deposit insurance under the Canada Deposit Insurance Corporation Act (Canada).

**Your account at a glance – Additional information**

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

**Performance, Holdings and Activity – Additional information**

Performance Rate of Return is based on Trade Date cash and securities market value, calculated daily.

If you instructed us to pay any operating charges from an account other than this TD Direct Investing account (e.g. a bank account), these operating charges have not been captured in the performance reporting for this account.

¨N/D¨ means that all or a portion of the book value or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book value or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book value or market value is ¨N/D¨.

(a) Market value has been reported as the book value of some or all of this security position and may not reflect the actual book value of the security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

**Corporate Information**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited (¨TMX¨) and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:**  52
GODFREY MENDES

**March 4, 2021**

**AcctNum**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Sufficient Documentation* was not provided. In order to process your claim we require: (1)  any transactions of Verb Technology Company, Inc. ("Verb") (formerly known as nFusz, Inc.) common stock during the period from January 3, 2018 through July 30, 2018, inclusive; (2) proof of holdings of Verb common stock at the close of trading on January 2, 2018; and (3) proof of holdings of Verb common stock at the close of trading on July 30, 2018. | 230000 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within ten (10) business days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Verb Technology Company, Inc. ("Verb") (formerly known as nFusz, Inc.) common stock during the period from January 3, 2018 through July 30, 2018, inclusive; (2) proof of holdings of Verb common stock at the close of trading on January 2, 2018; and (3) proof of holdings of Verb common stock at the close of trading on July 30, 2018.

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

CONTROL#:   52                                                    **March 4, 2021**
GODFREY MENDES

AcctNum

A review of your claim has revealed some incomplete or missing information. In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Sufficient Documentation* was not provided. In order to process your claim we require: (1)  any transactions of Verb Technology Company, Inc. ("Verb") (formerly known as nFusz, Inc.) common stock during the period from January 3, 2018 through July 30, 2018, inclusive; (2) proof of holdings of Verb common stock at the close of trading on January 2, 2018; and (3) proof of holdings of Verb common stock at the close of trading on July 30, 2018. | 230000 |

Please call our office if you may need further clarification of this notice.

**If you do not return these corrections and the requested information within ten (10) business days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Verb Technology Company, Inc. ("Verb") (formerly known as nFusz, Inc.) common stock during the period from January 3, 2018 through July 30, 2018, inclusive; (2) proof of holdings of Verb common stock at the close of trading on January 2, 2018; and (3) proof of holdings of Verb common stock at the close of trading on July 30, 2018.

 

BMO InvestorLine

*Making money make sense*

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

First Canadian Place
100 King St. W., Floor B1
Transit # 3973
Toronto, GN  M5X 1H3

Toll Free: 1 888 776-6266
Fax: 416-867-7357
bmoinvestorline.com

**Godfrey Mendes**

Sub: **GODFREY MENDES**
A/C NO :

March 23rd, 2021

Dear Mr. Mendes,

This is reply to your request for your trading statements for Verb Technology Company Inc (formerly Nfusz Inc in your name for the following dates, 2nd January 2018, 3rd January, 2018 to 30th July 2018.

We had sent you on 31st August 2018 your month-to-month statement (36 pages) from January 2018 to 31st July 2018 for Nfusz Inc shares clearly showing your purchases and sales. If you compute all of them, you will get your final figure of your net holdings.

As per recent request for the purpose of the class action we are hereby giving you below your final holdings of Nfusz Inc shares in your name.

Your account shall be debited for this statement.

If you need any further information, feel free to contact your local branch.

Thank you.

Allan Dempsey

| Trading date | Trans Type | Price in US$ | # of Shares | Total US $ |
|---|---|---|---|---|
| 01/02/2018 | Holding | 1.50 | 50,000 | 75,000.00 |
| **January 3rd 2018 to July 30th 2018** | | | | |
| 04/20/2018 | Purchased | 39.45 | 105,000 | 4,142,250.00 |
| 04/24-2018 | Purchased | 29.10 | 75,000 | 2,182,500.00 |
| 05/11/2018 | Sold | 15.45 | - 205,000 | -3,176,250.00 |

**July 30th, 2018 HOLDING**            **25,000**           **727,500.00**
                                                           **@ US$ 29.10**

 



Sarah Evans <sevans@strategicclaims.net>

## Verb Technology Company, Inc. Securities Litigation - Final Determination

1 message

**Sarah Evans** <sevans@strategicclaims.net>                                Tue, Apr 13, 2021 at 12:55 PM
To:
Cc: Josephine Bravata <jbravata@strategicclaims.net>

Good Afternoon,

We have received and reviewed the response you submitted for you claim in the above-referenced litigation. Please find the Final Determination for your claim attached. A physical copy of this Final Determination will also be sent via mail.

Regards,

Sarah Evans

**Claims Analyst**

Strategic Claims Services

600 N. Jackson St., Ste. 205

Media, PA 19063

sevans@strategicclaims.net

(866) 274-4004 x 1011

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

---


**#52 Final Determination.pdf**
273K

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net
Website: www.strategicclaims.net

April 13, 2021

Godfrey Mendes

Control Number: #52

Re: Verb Technology Company Inc. Securities Litgation – Final Determination

We received the letter from BMO Nesbitt Burns you submitted in response to the Deficiency Notice dated March 4, 2021, regarding your claim, #52, in the above-referenced litigation.

Per our review, claim #52 remains **ineligible** for insufficient documentation. In order for your claim to be fully processed, we need sufficient documentation of your transactions in nFusz during the period from January 3, 2018 through July 30, 2018, both dates inclusive, as well as proof of your holdings in nFusz at the close of trading on both January 2, 2018 and July 30, 2018.

Sufficient documentation may include, but is not limited to:
- Brokerage confirmation slips,
- Monthly statements issued by the custodial brokerage during the class period, or
- Excerpts from 1099s or equivalent tax documents issued by the custodial brokerage.

If you desire to contest this Final Determination, you must provide sufficient proof of your transactions and holdings in nFusz so that such documentation is **received by our office no later than Friday, April 23, 2021**. If no documentation is received by that date, claim #52 will remain ineligible as stated above.

Should you have any questions, please feel free to contact our office at the phone or email address above at your earliest convenience.

Regards,

Claims Analyst
Strategic Claims Services

 Gmail

**Sarah Evans <sevans@strategicclaims.net>**

## RE: update

**GM**                                                                    Fri, May 14, 2021 at 11:42 AM
To: Sarah Evans <sevans@strategicclaims.net>
Cc: Josephine Bravata <jbravata@strategicclaims.net>

Thank you for the update, Sarah

On Fri, May 14, 2021 at 11:24 AM Sarah Evans <sevans@strategicclaims.net> wrote:

> Hello Mr. Mendes,
>
>
> Thank you for your patience. We are still reviewing the documents. If there is any additional documentation needed, we
> will reach out after the review is done.
>
>
> Best Regards,
>
>
> Sarah Evans
>
> **Claims Analyst**
>
> Strategic Claims Services
>
> 600 N. Jackson St., Ste. 205
>
> Media, PA 19063
>
> sevans@strategicclaims.net
>
> (866) 274-4004 x 1011
>
>
> *IMPORTANT: The information contained in this message is confidential and is intended only for the named
> addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of
> this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this
> message is prohibited. If you have received this message in error, please reply to the sender that you have received
> the message in error and then delete it.  Thank you.*
>
>
> **From:** GM
> **Sent:** Thursday, May 13, 2021 2:11 PM
> **To:** Sarah Evans <sevans@strategicclaims.net>
> **Subject:** Re: update
>
>
> Hello Sarah.
>
> Hope all is well with you?
>
> Any update regarding my claim control #52

Thanks

Godfrey

On Fri, May 7, 2021, 11:49 AM GM < wrote:

Thank you for the update, Sarah

On Fri, May 7, 2021, 11:43 AM Sarah Evans <sevans@strategicclaims.net> wrote:

Hello Mr. Mendes,

Thank you for sending the documents. My apologies – my phone is having some technical difficulties. I have put these in for review, and if there's anything else needed, I will reach out as soon as these have been reviewed.

Best Regards,

Sarah Evans

**Claims Analyst**

Strategic Claims Services

600 N. Jackson St., Ste. 205

Media, PA 19063

sevans@strategicclaims.net

(866) 274-4004 x 1011

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

**From:** GM <
**Sent:** Friday, May 07, 2021 11:41 AM
**To:** Sarah Evans <sevans@strategicclaims.net>
**Subject:** Re: update

Hello Sarah,

Control # 52

Hope all is well with you?

I received my BMO statement for Verb Tech Inc.

The statements are from january, 2018 to July, 2018 where it shows shares i was holding and final holding as of 31st July2018

Kindly let me know if you need any other information for me to be included as a class member.

thank you and have a good weekend

you may Call me at                         or email a confirmation if all is ok

Godfrey

On Thu, Apr 29, 2021 at 11:46 AM Sarah Evans <sevans@strategicclaims.net> wrote:

Hello Mr. Mendes,

Yes, please send the documents to this email.

Best Regards,

Sarah Evans

**Claims Analyst**

Strategic Claims Services

600 N. Jackson St., Ste. 205

Media, PA 19063

sevans@strategicclaims.net

(866) 274-4004 x 1011

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

**From:** GM
**Sent:** Thursday, April 29, 2021 11:39 AM
**To:** Sarah Evans <sevans@strategicclaims.net>
**Cc:** Josephine Bravata <jbravata@strategicclaims.net>
**Subject:** Re: update

Thank you Sarah

Do I send it to this email?

Bye

Godfrey


On Thu, Apr 29, 2021, 11:10 AM Sarah Evans <sevans@strategicclaims.net> wrote:

> Hello Mr. Mendes,
>
> Thank you for the update. Yes, Tuesday May 4th is fine. If you have any further questions, please let me know.
>
> Best Regards,
>
> Sarah Evans
>
> **Claims Analyst**
>
> Strategic Claims Services
>
> 600 N. Jackson St., Ste. 205
>
> Media, PA 19063
>
> sevans@strategicclaims.net
>
> (866) 274-4004 x 1011
>
> *IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*
>
> ---
>
> **From:** GM
> **Sent:** Thursday, April 29, 2021 10:52 AM
> **To:** Sarah Evans <sevans@strategicclaims.net>
> **Cc:** Josephine Bravata <jbravata@strategicclaims.net>
> **Subject:** Re: update
>
> Hi Sarah,
>
> Thanks for response.
>
> I will get all required documents as discussed
>
> Earlier by Tuesday 4th may by 11am

Then I can attach it by email to you

Confirm if this ok with you for me to still be in the classaction

Hope for your reply

Thanks again


Godfrey


On Thu, Apr 29, 2021, 10:31 AM Sarah Evans <sevans@strategicclaims.net> wrote:

> Good Morning, Mr. Mendes,
>
>
> Thank you for your patience. Our phone lines are still down, but I am available by email. Please let me know if you have any questions I can answer regarding your claim or the Verb Tech settlement.
>
>
> Best Regards,
>
>
> Sarah Evans
>
> **Claims Analyst**
>
> Strategic Claims Services
>
> 600 N. Jackson St., Ste. 205
>
> Media, PA 19063
>
> sevans@strategicclaims.net
>
> (866) 274-4004 x 1011
>
>
> *IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*
>
>
> ───────────────────────
>
> **From:** Claims Analyst <info@strategicclaims.net>
> **Sent:** Thursday, April 29, 2021 9:54 AM
> **To:** Sarah Evans <sevans@strategicclaims.net>
> **Subject:** Fwd: update
>
>
> ---------- Forwarded message ---------
> From: **GM** <
> Date: Thu, Apr 29, 2021 at 9:37 AM

Strategicclaims.net Mail - RE: update

Subject: update
To: <info@strategicclaims.net>

Hello

I am trying to get in touch with Sarah Evans, it seems your telephone lines are out of service

Sarah Please contact me regarding VErb tech classaction.

My telephone #               Godfrey Mendes Control # 52

thanks

Godfrey

--

Claims Administrator
Strategic Claims Services
600 N. Jackson St., Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

**Statement**: **January** 31, 2018
Previous Statement:      December 31, 2017
**BMO Investorline Account:**

**US DOLLARS**

**Trustee: BMO Trust Company**

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

MAY 0 6 2021

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| **Canadian Dollars** | | | | | | |
| 01/01 | | | OPENING CASH BALANCE | | | 6,603,376.20 |
| **Trades : Non- Registered Account** | | | | | | |
| 01/02 | Bought | 5,000 | VERB TECH INC UNSOLICITED ACTIVE TRADER | 1.5000 | 9.95 | -7,509.95 |
| 01/08 | Sold | -5,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | 12,490.05 |
| 01/12 | Bought | 10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | -23,009.95 |
| 01/16 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3500 | 9.95 | 23,490.05 |
| 01/16 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.4000 | 9.95 | 23,990.05 |
| 01/17 | Bought | 15,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | -34,509.95 |
| 01/31 | | | CLOSING CASH BALANCE | | | 6,598,316.50 |

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

**Statement**: **February** 28, 2018

Previous Statement:  January 31, 2018

**BMO Investorline Account:** .

**US DOLLARS**

**Trustee: BMO Trust Company**

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| **Canadian Dollars** | | | | | | |
| 02/01 | | | **OPENING CASH BALANCE** | | | **6,598,316.50** |
| **Trades : Non- Registered Account** | | | | | | |
| 02/06 | Bought | 50,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.1500 | 9.95 | -107,509.95 |
| 02/09 | Bought | 5,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.0000 | 9.95 | -10,009.95 |
| 02/13 | Bought | 10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.0500 | 9.95 | -20,509.95 |
| 02/16 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.2500 | 9.95 | 22,490.05 |
| 02/20 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | 22,990.05 |
| 02/26 | Bought | 15,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.4000 | 9.95 | -36,009.95 |
| 02/28 | | | **CLOSING CASH BALANCE** | | | **6,469,756.80** |

|  | **Statement:** | **March** 31, 2018 |
|---|---|---|
|  | Previous Statement: | February 28, 2018 |

**BMO Investorline Account:** .

**US DOLLARS**

**Trustee: BMO Trust Company**

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|---|---|---|---|---|---|---|
| **Canadian Dollars** | | | | | | |
| 03/01 | | | OPENING CASH BALANCE | | | 6,469,756.80 |
| **Trades : Non- Registered Account** | | | | | | |
| 03/05 | Bought | 40,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | -100,009.95 |
| 03/08 | Bought | 5,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | -12,509.95 |
| 03/12 | Bought | 10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5500 | 9.95 | -25,509.95 |
| 03/14 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.8500 | 9.95 | 28,490.05 |
| 03/22 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.7500 | 9.95 | 27,490.05 |
| 03/28 | Bought | 17,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.4500 | 9.95 | -41,659.95 |
| 03/31 | | | CLOSING CASH BALANCE | | | 6,346,047.10 |

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4
MAY 06 2021

**Statement**:    **April** 30, 2018
Previous Statement:    March 31, 2018
**BMO Investorline Account:**

**US DOLLARS**

**Trustee: BMO Trust Company**

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| **Canadian Dollars** | | | | | | |
| 04/01 | | | OPENING CASH BALANCE | | | **6,346,047.10** |
| **Trades : Non- Registered Account** | | | | | | |
| 04/02 | Bought | 60,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3500 | 9.95 | -141,009.95 |
| 04/10 | Sold | -5,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | 11,490.05 |
| 04/12 | Bought | 40,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | -92,009.95 |
| 04/20 | Bought | 75,000 | VERB TECH INC UNSOLICITED ACTIVE TRADER | 39.4500 | 9.95 | -2,958,759.95 |
| 04/24 | Bought | 65,000 | VERB TECH INC UNSOLICITED ACTIVE TRADER | 29.1000 | 9.95 | -1,891,509.95 |
| 04/26 | Bought | 45,000 | VERB TECH INC UNSOLICITED ACTIVE TRADER | 23.5500 | 9.95 | -1,059,759.95 |
| 04/30 | | | CLOSING CASH BALANCE | | | **214,487.40** |

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4
MAY 0 6 2021

**Statement**:    **May** 31, 2018

Previous Statement:    April 30, 2018

**BMO Investorline Account**:

US DOLLARS

**Trustee: BMO Trust Company**

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| **Canadian Dollars** | | | | | | |
| 05/01 | | | OPENING CASH BALANCE | | | 214,487.40 |
| **Trades : Non- Registered Account** | | | | | | |
| 05/02 | Bought | 30,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | -75,009.95 |
| 05/11 | Sold | -65,000 | VERB TECH INC UNSOLICITED ACTIVE TRADER | 15.4500 | 9.95 | 1,004,240.05 |
| 05/14 | Sold | -60,000 | VERB TECH INC UNSOLICITED ACTIVE TRADER | 14.4000 | 9.95 | 863,990.05 |
| 05/15 | Sold | -35,000 | VERB TECH INC UNSOLICITED ACTIVE TRADER | 13.5000 | 9.95 | 472,490.05 |
| 05/16 | Sold | -20,000 | VERB TECH INC UNSOLICITED ACTIVE TRADER | 16.5000 | 9.95 | 329,990.05 |
| 05/25 | Bought | 25,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | -65,009.95 |
| 05/31 | | | CLOSING CASH BALANCE | | | 2,745,177.70 |

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4
MAY 06 2021

**Statement**:       **June** 30, 2018
Previous Statement:        May 31, 2018
**BMO Investorline Account:** .

US DOLLARS

**Trustee: BMO Trust Company**

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| **Canadian Dollars** | | | | | | |
| 06/01 | | | OPENING CASH BALANCE | | | 2,745,177.70 |
| **Trades : Non- Registered Account** | | | | | | |
| 06/04 | Bought | 30,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.7000 | 9.95 | -81,009.95 |
| 06/11 | Sold | -15,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | 37,490.05 |
| 06/14 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5500 | 9.95 | 25,490.05 |
| 06/15 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | 25,990.05 |
| 06/19 | Sold | -20,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | 49,990.05 |
| 06/25 | Bought | 5,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | -12,509.95 |
| 06/30 | | | CLOSING CASH BALANCE | | | 2,790,618.00 |

.

**Statement**:    **July** 31, 2018
Previous Statement:    June 30, 2018
**BMO Investorline Account:** .                    ⁝

**US DOLLARS**

**Trustee: BMO Trust Company**

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| **Canadian Dollars** | | | | | | |
| **07/01** | | | OPENING CASH BALANCE | | | 2,790,618.00 |
| **Trades : Non- Registered Account** | | | | | | |
| 07/02 | Bought | 20,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.1000 | 9.95 | -42,009.95 |
| 07/09 | Sold | -25,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3500 | 9.95 | 58,740.05 |
| 07/19 | Sold | -45,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | 116,990.05 |
| 07/26 | Sold | -35,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5500 | 9.95 | 89,240.05 |
| 07/30 | Sold | -20,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | 51,990.05 |
| 07/31 | Bought | 10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | -26,009.95 |
| **07/31** | | | CLOSING CASH BALANCE | | | 3,039,558.30 |

MAY 06 2021

BMO ⊛ Bank of Montreal
Pickering Main 1360 Kingston Road
1-2997 Pickering, ON L1V 3B4



BMO ⊛ Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

GODFREY MENDES POSITION AS PER BMO STATEMENT

| | |
|---|---|
| OPENING BALANCE | 5000 |
| PURCHASES TOTAL | 185000 |
| SOLD TOTAL | 180000 |
| CLOSING POSITION AS OF 31 JULY, 2021 | 10000 |

GODFREY MENDES POSITION AS PER BMO STATEMENT

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net
Website: www.strategicclaims.net

May 21, 2021

Godfrey Mendes

Control Number: #52

Re: Verb Technology Company, Inc. Securities Litigation – Final Determination

We reviewed the additional documentation you submitted on May 7, 2021 in response to the Final Determination dated April 13, 2021, regarding your claim (#52) in the Verb Technology Company, Inc. ("Verb Tech") Securities Litigation.  Per review of the additional documentation, claim, we **reject your claim** for insufficient documentation.

The documents that you submitted purportedly showed monthly activity for your BMO Investorline Account for the months from January 2018 through July 2018. The monthly activity statements reported multiple purchases and sales in Verb Tech Inc. common stock. However, during the period from January 2018 through July 2018, the company was not known as Verb Tech Inc. Additionally, the reported prices at which claim #52's transactions in Verb Tech Inc. were conducted were far above the open-market trading highs for Verb Tech common stock on the reported trade dates. Because of these discrepancies, the documentation for claim #52 is insufficient and your claim is rejected.

Lead Counsel intends to move the Court for an order, approving distribution, with a hearing to follow. If you contest our rejection of your claim, you must do so no later than 14 days prior to the hearing. If you intend to contest our determination, please contact Lead Counsel who will provide you with details. You can find their contact information in the notice or on our website. The Court will require you to provide the same documentation you have failed to provide to us.

Should you have any questions, please feel free to contact our office at the phone or email address above at your earliest convenience.

Regards,

Claims Analyst
Strategic Claims Services

|  |  |
|---|---|
| **Statement**: | **January** 31, 2018 |
| Previous Statement: | December 31, 2017 |

**BMO Investorline Account:**

**US DOLLARS**

Trustee: BMO Trust Company

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|---|---|---|---|---|---|---|
| 01/01 | | | OPENING CASH BALANCE | | | XXXXXXX |

**Trades : Non- Registered Account**

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|---|---|---|---|---|---|---|
| 01/02 | Bought | 5,000 | NFUSZ INC UNSOLICITED ACTIVE TRADER | 1.5000 | 9.95 | -7,509.95 |
| 01/08 | Sold | -5,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | 12,490.05 |
| 01/12 | Bought | 10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | -23,009.95 |
| 01/16 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3500 | 9.95 | 23,490.05 |
| 01/16 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.4000 | 9.95 | 23,990.05 |
| 01/17 | Bought | 15,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | -34,509.95 |

| | | |
|---|---|---|
| 01/31 | CLOSING CASH BALANCE | XXXXXXX |

CONFIDENTIAL

MAY 27/ 21

**Statement:** **February** 28. 2018
Previous Statement: January 31. 2018
**BMO Investorline Account:**

**US DOLLARS**

Trustee: BMO Trust Company

First Canadian Place Level B1. Toronto. ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

BMO 🔷 Bank of Montreal

Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

MR GODFREY MENDES

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|-----------|--------|
| 02/01 | | | OPENING CASH BALANCE | | | XXXXXXX |

**Trades : Non- Registered Account**

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|-----------|--------|
| 02/06 | Bought | 50.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.1500 | 9.95 | -107.509.95 |
| 02/09 | Bought | 5.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.0000 | 9.95 | -10.009.95 |
| 02/13 | Bought | 10.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.0500 | 9.95 | -20.509.95 |
| 02/16 | Sold | -10.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.2500 | 9.95 | 22.490.05 |
| 02/20 | Sold | -10.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | 22.990.05 |
| 02/26 | Bought | 15.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.4000 | 9.95 | -36.009.95 |
| 02/28 | | | CLOSING CASH BALANCE | | | XXXXXXX |

CONFIDENTIAL

Mav 27/21

**Statement**:    **March** 31, 2018
Previous Statement:    February 28, 2018

**BMO Investorline Account:**

US DOLLARS

Trustee: BMO Trust Company

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| 03/01 | | | OPENING CASH BALANCE | | | XXXXXXX |

**Trades : Non- Registered Account**

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| 03/05 | Bought | 40.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | -100,009.95 |
| 03/08 | Bought | 5.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | -12,509.95 |
| 03/12 | Bought | 10.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5500 | 9.95 | -25,509.95 |
| 03/14 | Sold | -10.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.8500 | 9.95 | 28,490.05 |
| 03/22 | Sold | -10.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.7500 | 9.95 | 27,490.05 |
| 03/28 | Bought | 17.000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.4500 | 9.95 | -41,659.95 |
| 03/31 | | | CLOSING CASH BALANCE | | | XXXXXXX |

CONFIDENTIAL

MAY 27/21

**Statement:** **April** 30, 2018
Previous Statement:    March 31, 2018
**BMO Investorline Account:**

**US DOLLARS**

Trustee: BMO Trust Company

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| 04/01 | | | OPENING CASH BALANCE | | | XXXXXXX |

**Trades : Non- Registered Account**

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| 04/02 | Bought | 60,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3500 | 9.95 | -141,009.95 |
| 04/02 | Sold | -5,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | 11,490.05 |
| 04/03 | Bought | 40,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3000 | 9.95 | -92,009.95 |
| 04/03 | Bought | 75,000 | NFUSZ INC UNSOLICITED ACTIVE TRADER | 15.0000 | 9.95 | -1,125,009.95 |
| 04/04 | Bought | 65,000 | NFUSZ INC UNSOLICITED ACTIVE TRADER | 17.8500 | 9.95 | -1,160,259.95 |
| 04/05 | Bought | 45,000 | NFUSZ INC UNSOLICITED ACTIVE TRADER | 17.1000 | 9.95 | -769,509.95 |

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| 04/30 | | | CLOSING CASH BALANCE | | | XXXXXXX |

CONFIDENTIAL

MAY 27/21

**Statement:**   **May** 31, 2018
Previous Statement:   April 30, 2018
**BMO Investorline Account:**

**US DOLLARS**

Trustee: BMO Trust Company

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

MR GODFREY MENDES

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|---|---|---|---|---|---|---|
| 05/01 | | | OPENING CASH BALANCE | | | XXXXXX |
| **Trades : Non- Registered Account** | | | | | | |
| 05/02 | Bought | 30,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | -75,009.95 |
| 05/11 | Sold | -65,000 | NFUSZ INC UNSOLICITED ACTIVE TRADER | 15.4500 | 9.95 | 1,004,240.05 |
| 05/14 | Sold | -60,000 | NFUSZ INC UNSOLICITED ACTIVE TRADER | 14.4000 | 9.95 | 863,990.05 |
| 05/15 | Sold | -35,000 | NFUSZ INC UNSOLICITED ACTIVE TRADER | 13.5000 | 9.95 | 472,490.05 |
| 05/16 | Sold | -20,000 | NFUSZ INC UNSOLICITED ACTIVE TRADER | 16.5000 | 9.95 | 329,990.05 |
| 05/25 | Bought | 25,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | -65,009.95 |
| 05/31 | | | CLOSING CASH BALANCE | | | XXXXXXX |

CONFIDENTIAL

May 27/21

**Statement:** **June** 30, 2018
Previous Statement:    May 31, 2018
**BMO Investorline Account:**

**US DOLLARS**

Trustee: BMO Trust Company

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

BMO ⊕ Bank of Montreal
Pickering Main 1360 Kingston Road Unit 18
1-2997 Pickering, ON L1V 3B4

MR GODFREY MENDES

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|------|----------|----------|-------------|-------|------------|--------|
| 06/01 | | | OPENING CASH BALANCE | | | XXXXXXX |
| **Trades : Non- Registered Account** | | | | | | |
| 06/04 | Bought | 30,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.7000 | 9.95 | -81,009.95 |
| 06/11 | Sold | -15,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | 37,490.05 |
| 06/14 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5500 | 9.95 | 25,490.05 |
| 06/15 | Sold | -10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | 25,990.05 |
| 06/19 | Sold | -20,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | 49,990.05 |
| 06/25 | Bought | 5,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5000 | 9.95 | -12,509.95 |
| 06/30 | | | CLOSING CASH BALANCE | | | XXXXXXX |

CONFIDENTIAL

May 27/21

**Statement**:  **July** 31, 2018
Previous Statement:  June 30, 2018
**BMO Investorline Account:**

**US DOLLARS**

Trustee: BMO Trust Company

First Canadian Place Level B1, Toronto, ON M5X 1H3
TOLL FREE: (888) 776-6886 INTERNATL (416) 281-5400

MR GODFREY MENDES

BMO Bank of Montreal
Pickering Main 1360 Kingston Road Unit 16
1-2997 Pickering, ON L1V 3B4

## Your Activities this Month

| Date | Activity | Quantity | Description | Price | Commission | Amount |
|---|---|---|---|---|---|---|
| 07/01 | | | OPENING CASH BALANCE | | | XXXXXXX |
| **Trades : Non- Registered Account** | | | | | | |
| 07/02 | Bought | 20,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.1000 | 9.95 | -42,009.95 |
| 07/09 | Sold | -25,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.3500 | 9.95 | 58,740.05 |
| 07/19 | Sold | -45,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | 116,990.05 |
| 07/26 | Sold | -35,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.5500 | 9.95 | 89,240.05 |
| 07/30 | Sold | -20,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | 51,990.05 |
| 07/31 | Bought | 10,000 | DIGITAL ALLY UNSOLICITED ACTIVE TRADER | 2.6000 | 9.95 | -26,009.95 |
| 07/31 | | | CLOSING CASH BALANCE | | | XXXXXXX |

CONFIDENTIAL



Verb Technology Company, Inc. Securities Litigation                    Phone: (866) 274-4004
c/o Strategic Claims Services                                                            Fax: (610) 565-7985
600 N. Jackson Street, Suite 205                                     Email: info@strategicclaims.net
Media, PA 19063                                                    Website: www.strategicclaims.net


May 27, 2021


Godfrey Mendes




Control Number: #52

Re: Verb Technology Company, Inc. Securities Litigation – Final Determination

We reviewed the additional documentation you submitted on May 27, 2021, in response to the Final Determination dated May 21, 2021, regarding your claim (#52) in the Verb Technology Company, Inc. ("Verb Tech") Securities Litigation.  Per review of the additional documentation, we **reject your claim** for insufficient documentation.

The BMO documentation you submitted is inconsistent with other monthly account statements we have received for BMO accounts in other cases. It does not include all of the data typically provided on a BMO monthly account statement.

Additionally, the information for the nFusz purchases and sales shown on the documents that are purportedly from 2018, before the 1 for 15 reverse split, is not consistent with known parameters for transactions of nFusz conducted during the Settlement Class Period (January 3, 2018 to May 2, 2018).  nFusz underwent a name change to Verb Technology Company, Inc. effective February 4, 2019, at which time the stock simultaneously underwent a 1:15 reverse stock split, nine months after the Settlement Class Period. The purportedly contemporaneous documentation you provided showing Settlement Class Period transactions reflect the 1:15 reverse stock split well before it occurred. Given the abnormal presentation and the substantively incorrect, contemporaneous trading prices, we cannot accept this documentation in support of your claim. Accordingly, we reject your claim.

If you contest our rejection of your claim, you must send your objection directly to the Court no later than **fourteen (14) days before the Court holds a hearing on the distribution motion Lead Plaintiff will file, providing notice of your objection to Lead Counsel.** Contact information for the Court and Lead Counsel may be found in the Notice or on our website, www.strategicclaims.net/verbtech/. The Court will require you to provide the same documentation you have failed to provide to us.

Should you have any questions, please feel free to contact our office at the phone or email address above at your earliest convenience.

Regards,

Claims Analyst
Strategic Claims Services

 Gmail

Sarah Evans <sevans@strategicclaims.net>

---

## Verb Technology Company, Inc. Securities Litigation - Final Determination

---

**GM** <                                              Thu, May 27, 2021 at 6:10 PM
To: Claims Analyst <info@strategicclaims.net>
Cc: Sarah Evans <sevans@strategicclaims.net>, Josephine Bravata <jbravata@strategicclaims.net>

I am going to contest your determination
Based on your decision that other claimants have filed different type/format statements and the splits was accounted for.
My financial adviser is ready to stand trial on this matter. You keep on using the word purported which is outrageous and
bullying and have already my purpose without any substantial material of evidence
I will fight tooth and nail, unless you come up with an amicable solution in the interim
I will go to court and do have my lawyer.
Godfrey
This a dispute and tell your counsel that to hold on till I file my dispute papers
Regards
Godfrey
Thanks

> On Thu, May 27, 2021, 4:33 PM Claims Analyst <info@strategicclaims.net> wrote:
>> Good Afternoon,
>>
>> We have reviewed the documents you submitted this morning, May 27, 2021, in response to the Final Determination for
>> your claim. The new Final Determination based on the review of the documents submitted on May 27, 2021, is
>> attached. A hard copy of the attached determination is also being sent via mail.
>>
>> Regards,
>>
>> On Thu, May 27, 2021 at 9:14 AM GM <              > wrote:
>>> Hello Sarah,
>>>
>>> Here are attached my documents.
>>> Thanks
>>>
>>> Godfrey
>>>
>>> On Wed, May 26, 2021 at 10:06 AM Claims Analyst <info@strategicclaims.net> wrote:
>>>> Good Morning, Godfrey Mendes,
>>>>
>>>> Thank you for your response.
>>>>
>>>> At this time, we have been notified that we must finalize our reports in the Verb Technology Company, Inc.
>>>> Securities Litigation tomorrow so that they may be submitted to the Court as soon as possible thereafter. In order
>>>> to contest your final determination, we will need any additional documents for your claim to be submitted **no later
>>>> than tomorrow, May 27, 2021, by noon EST**.
>>>>
>>>> Regards,
>>>>
>>>> On Sun, May 23, 2021 at 3:45 PM GM ‹                 › wrote:
>>>>> Thanks for your email and attached letter.
>>>>> I shall be reverting to you with additional documents within 14 days, if not earlier
>>>>> Godfrey
>>>>>
>>>>> On Fri, May 21, 2021 at 12:47 PM Claims Analyst <info@strategicclaims.net> wrote:
>>>>>> Good Afternoon,
>>>>>>
>>>>>> Please find the final determination for your claim in the Verb Technology Company, Inc. Securities Litigation
>>>>>> attached. A hard copy is also being sent to you via mail.
>>>>>>
>>>>>> Regards,

Claims Administrator
Strategic Claims Services
600 N. Jackson St., Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St., Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St., Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

**EXHIBIT F**

**Ineligible Claims**

| Claim Number | Reason for Rejection |
| --- | --- |
| 1 | No Recognized Loss |
| 2 | No Recognized Loss |
| 4 | No Recognized Loss |
| 7 | No Recognized Loss |
| 8 | Out of Class Period |
| 9 | Out of Class Period |
| 10 | Out of Class Period |
| 11 | Shares Sold Short |
| 13 | Shares Sold Short |
| 14 | No Recognized Loss |
| 15 | Out of Class Period |
| 16 | No Recognized Loss |
| 17 | No Recognized Loss |
| 18 | No Recognized Loss |
| 20 | No Recognized Loss |
| 21 | Out of Class Period |
| 22 | No Recognized Loss |
| 23 | No Recognized Loss |
| 24 | Out of Class Period |
| 25 | Out of Class Period |
| 26 | No Recognized Loss |
| 27 | No Recognized Loss |
| 28 | No Recognized Loss |
| 29 | Out of Class Period |
| 30 | No Recognized Loss |
| 31 | No Recognized Loss |
| 32 | Out of Class Period |
| 33 | Out of Class Period |
| 34 | No Recognized Loss |
| 36 | No Recognized Loss |
| 37 | Out of Class Period |
| 38 | Out of Class Period |
| 39 | No Recognized Loss |
| 40 | No Recognized Loss |
| 41 | Out of Class Period |
| 45 | No Recognized Loss |
| 46 | No Recognized Loss |
| 48 | Shares Not Purchased |

**EXHIBIT F**

| | |
|---|---|
| 50 | Duplicate Claim |
| 54 | Duplicate Claim |
| 61 | No Recognized Loss |
| 64 | No Recognized Loss |
| 69 | Out of Class Period |
| 73 | No Recognized Loss |
| 78 | Duplicate Claim |
| 80 | No Recognized Loss |
| 85 | Duplicate Claim |
| 90 | No Recognized Loss |
| 94 | No Recognized Loss |
| 96 | No Recognized Loss |
| 97 | No Recognized Loss |
| 98 | No Recognized Loss |
| 105 | No Recognized Loss |
| 109 | Wrong Stock |
| 121 | Duplicate Claim |
| 124 | No Recognized Loss |
| 127 | Out of Class Period |
| 128 | No Recognized Loss |
| 135 | No Recognized Loss |
| 139 | Out of Class Period |
| 140 | Out of Class Period |
| 144 | No Recognized Loss |
| 145 | No Recognized Loss |
| 146 | No Recognized Loss |
| 148 | No Recognized Loss |
| 156 | No Recognized Loss |
| 157 | No Recognized Loss |
| 158 | No Recognized Loss |
| 161 | No Recognized Loss |
| 162 | No Recognized Loss |
| 163 | No Recognized Loss |
| 166 | No Recognized Loss |
| 168 | No Recognized Loss |
| 169 | No Recognized Loss |
| 172 | No Recognized Loss |
| 174 | No Recognized Loss |
| 184 | No Recognized Loss |
| 185 | Out of Class Period |
| 186 | Out of Class Period |

**EXHIBIT F**

| | |
|---|---|
| 189 | No Recognized Loss |
| 194 | No Recognized Loss |
| 200 | No Recognized Loss |
| 202 | Out of Class Period |
| 208 | No Recognized Loss |
| 209 | No Recognized Loss |
| 210 | Out of Class Period |
| 213 | No Recognized Loss |
| 215 | No Recognized Loss |
| 218 | No Recognized Loss |
| 220 | No Recognized Loss |
| 221 | No Recognized Loss |
| 225 | No Recognized Loss |
| 227 | Out of Class Period |
| 228 | No Recognized Loss |
| 230 | No Recognized Loss |

**Total Ineligible Claims:     95**

EXHIBIT G

Verb Technology Company, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   96

**April 12, 2021**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
| --- | --- |
| Your claim has resulted in a trading gain during the Settlement Class Period.  Any claim whose overall transactions in Verb Technology Company, Inc. (formerly known as nFusz, Inc.) common stock during the Settlement Class Period results in a trading gain has a Recognized Loss of $0.00. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than ten (10) business days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.