UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,

Defendants.

No. 2:19-cv-05896-GW-MAA

Date: July 16, 2021
Time: 8:30 a.m.
Courtroom: 9D
Judge: Hon. George H. Wu

BUMJIN KIM, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,

Defendants.

No. 2:19-cv-06944-GW-MAA

CLASS ACTION

**[PROPOSED] ORDER GRANTING MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**

1

IT IS HEREBY ORDERED THAT:

1.      Plaintiffs' Motion for Distribution of Class Action Settlement Funds is GRANTED.

2.      Within 45 days after Defendants make their final payment to the Settlement Fund, the funds that will be in the Net Settlement Fund[1] (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a *pro rata* basis to the Authorized Claimants, identified in Exhibits B-1 and B-2 to the Declaration of Sarah Evans Concerning the Results of the Claims Administration Process ("Evans Declaration"). The funds shall be distributed pursuant to the Stipulation and the Plan of Allocation of the Net Settlement Fund set forth in the Notice of Pendency and Proposed Settlement of Class Action.

3.      Any person asserting claims filed after February 18, 2021 or any responses to rejected claims after May 26, 2021, the dates used to finalize the administration by Strategic Claims Services ("SCS"), the Court-appointed Claims Administrator, are finally and forever barred from asserting such claims. All putative claims listed in Exhibit D to the Evans Declaration are finally and forever rejected.

---

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation and Agreement of Settlement ("Stipulation") filed with the Court on September 18, 2020. (Dkt. No. 66-3).

[PROPOSED] ORDER GRANTING MOTION FOR DISTRIBUTION
OF CLASS ACTION SETTLEMENT FUNDS

4.    The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation, and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund (including, but not limited to Lead Counsel and SCS) are released and discharged from any and all claims arising out of such involvement, and all Class Members are barred from making any further claims against the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

5.    The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Lead Counsel and SCS are authorized to locate and/or contact any Authorized Claimant who has not cashed his, her, or its check within said time.

6.    SCS is hereby ordered to discard paper or hard copies of Proofs of Claims and supporting documents not less than one (1) year after all distributions of the Net Settlement Fund to the eligible claimants, and electronic copies of the same not less

3

[PROPOSED] ORDER GRANTING MOTION FOR DISTRIBUTION
OF CLASS ACTION SETTLEMENT FUNDS

than three (3) years after all distributions of the Net Settlement Fund to the eligible claimants.

7.    This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

Dated: _____, 2021                    _____
                                              HON. GEORGE H. WU
                                              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR DISTRIBUTION
OF CLASS ACTION SETTLEMENT FUNDS

[PROPOSED] ORDER GRANTING MOTION FOR DISTRIBUTION
OF CLASS ACTION SETTLEMENT FUNDS