STEVEN M. SCHATZ, State Bar No. 118356
CATHERINE E. MORENO, State Bar No. 264517
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile: (650) 565-5100
Email:  sschatz@wsgr.com
        cmoreno@wsgr.com
        dsavage@wsgr.com

*Attorneys for Defendants*
*Verb Technology Company, Inc., and*
*Rory Cutaia*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT C. HARTMANN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>Defendants. | No. 2:19-cv-05896-GW-MAA<br><br>CLASS ACTION<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION FOR DISTRIBUTION**<br><br>Date: July 19, 2021<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

STATEMENT OF NON-OPPOSITION TO MTN FOR DISTRIBUTION

| | |
|---|---|
| BUMJIN KIM, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>VERB TECHNOLOGY COMPANY, INC., and RORY J. CUTAIA,<br><br>     Defendants. | No. 2:19-cv-06944-GW-MAA<br><br>CLASS ACTION |

On May 28, 2021, Lead Plaintiff J. Leister and named plaintiff Alexander Wolfson ("Plaintiffs") on behalf of themselves and the members of the Settlement Class moved this Court for an order granting the Motion for Distribution of Class Action Settlement Funds.   ECF No. 91.  Pursuant to Rule 7-9 of the Local Civil Rules for the Central District of California, Defendants confirm that they do not oppose the Motion.

Dated: June 28, 2021

**WILSON SONSINI GOODRICH & ROSATI, P.C**.

/s/ *Catherine E. Moreno*
Steven M. Schatz, SBN 118356
Catherine E. Moreno, SBN 264517
Dylan G. Savage, SBN 310452
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
          cmoreno@wsgr.com
          dsavage@wsgr.com

***Attorneys for Defendants***
***Verb Technology Company, Inc. and***
***Rory J. Cutaia***

STATEMENT OF NON-OPPOSITION TO MTN FOR DISTRIBUTION

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically filed the foregoing Statement of Non-Opposition with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *Catherine E. Moreno*
Catherine E. Moreno