UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-5896-GW-MAAx | Date | July 19, 2021 |
|---|---|---|---|
| Title | *Scott C. Hartmann v. Verb Technology Company, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jacob A. Goldberg | Steven M. Schatz |
| Joshua Baker | |

**PROCEEDINGS:**    **TELEPHONIC HEARING ON PLAINTIFFS' MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS [91]**

The Court's Tentative Ruling was issued on July 16, 2021 [94]. Court and counsel confer. For reasons stated on the record, Plaintiffs' Motion is granted. Order to issue.

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | JG |